CSD 1099 [12/01/23]

Name, Address, Telephone No. & I.D. No.

**Martin A. Eliopulos, Esq. 149299**
**401 West A Street Suite 2600**
**San Diego, CA 92101**
**(619) 236-1551**
**149299 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

**Flash Roofing Inc.**

BANKRUPTCY NO. **25-00693-JBM7**

Debtor.

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented are the originals required by CSD 1800 Administrative Procedures [Check one or more boxes as appropriate]:

- ☐ Schedules A/B – J (Forms 106A/B - J & 206A/B-G)
- ☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- ☑ Summary of Your Assets and Liabilities and Certain Statistical Information Schedules (Form 106Sum & 206Sum)
- ☐ Chapter7 Statement of Your  Current Monthly Income (Form 122A-1)
- ☐ Chapter7 Statement of Exemption from Presumption of  Abuse Under § 707(b)(2) (Form 122A-1Supp)
- ☐ Chapter7 Means Test Calculation (Form 122A-2)
- ☐ Chapter11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Chapter 13 Plan (CSD1300)
- ☑ Schedule A/B: Property (Form 106A/B & 206A/B)
- ☐ Schedule C: The Property You Claim as Exempt (Form 106C)
- ☐ Creditors Who Have Claims Secured by Property (Form 106D & 206D)
- ☐ Creditors  Who Have Unsecured Claims (Form 106E/F & 206E/F)
- ☑ Executory Contracts & Unexpired Leases (Form 106G &206G)
- ☐ Your Co-Debtors (Form 106H)
- ☐ Schedule I: Your Income (Form 106I)
- ☐ Your Expenses (Form 106J)
- ☐ Expenses for Separate Household of Debtor 2 (Form 106J-2)

**If additional creditors are added at this time, the following are required:**
1.  Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2.  Local Form CSD 1101, *Notice to Creditors of This Debtor Added by Amendment or Balance of Schedules.* See instructions on reverse side.

Dated:  March 13, 2025          Signed:    /s/ Martin A. Eliopulos, Esq.

Attorney for Debtor

I [We]   Dylan McMurtry    and ____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 plan attached hereto, consisting of _____ pages, and on the creditor matrix, if any, is true and correct.

Dated:   March 13, 2025

\*Debtor                                                    \*Joint Debtor
\*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

CSD 1099 [12/01/23] Page 2

## INSTRUCTIONS

1. Local Form CSD 1101, *Notice to Creditors of The Above-Named Debtor Added by Amendment or Balance of Schedules*, may be used to notify any added entity. When applicable, copies of the following notices must accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2. If not filed previously and this is an ECF case, the *Declaration Re: Electronic Filing of Petition, Schedules & Statements* (Local Form CSD 1801) must be filed in accordance with LBR 5005-4(c).

3. If this is a Chapter 11 case, each member of any committee appointed must be served this Balance of Schedules.

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Balance of Schedules and/or Chapter 13 Plan** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On 03/13/25, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Martin A. Eliopulos    elio@higgslaw.com; begaym@higgslaw.com

Leslie T. Gladstone    candic@flgsd.com; christinb@flgsd.com; sandray@flgsd.com; ltg@trusteesolutions.net; andrewl@flgsd.com

☐ Chapter 7 Trustee:

☑ For Chpt. 7, 11, & 12 cases:                    ☐ For Chapter 13 cases:

UNITED STATES TRUSTEE                              MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov                            mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail:**

On _____, I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    **March 13, 2025**                    **/s/ Marie Begay**
                        (Date)                        **MARIE BEGAY**
                                                     **Higgs Fletcher & Mack LLP**
                                                     **401 West A Street Suite 2600**
                                                     **San Diego, CA 92101**
                                                     Address

| Fill in this information to identify the case: |
| --- |

Debtor name    **Flash Roofing Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **25-00693-JBM7**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $      **1,378,577.67**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $      **1,378,577.67**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **29,677.38**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$      **1,287,624.77**

4.   **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b    $      **1,317,302.15**

**Fill in this information to identify the case:**

Debtor name    **Flash Roofing Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **25-00693-JBM7**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | **8523** | **$1,127.28** |
| 3.2. | **Chase Bank** | **Savings** | **9805** | **$0.01** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | **$1,127.29** |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| | **Liability Insurance: Westlake Group LLC c/o Tristan Fauntleroy** | |
| | **800 W 5th Ave, suite 100A, Naperville, IL 60563** | |
| | **$11,232.02 paid 3/3/25 for March.** | |
| 8.1. | **[AUTO DEBIT AFTER CH. 7 CASE FILED]** | **$11,232.02** |

Debtor    **Flash Roofing Inc.**                                    Case number *(if known)* **25-00693-JBM7**
　　　　　Name

| | | |
|---|---|---:|
| 8.2. | **Progressive Commercial Auto Insurance: policy #03741045**<br>**PO Box 6807, Cleveland, OH 44101**<br>**$3,788.64 paid through May 26th, 2025**<br>**Paid on 11/20/2024** | **$3,788.64** |

| | | |
|---|---|---:|
| 9. | **Total of Part 2.**<br>Add lines 7 through 8. Copy the total to line 81. | **$15,020.66** |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.　　**Accounts receivable**

| | | | |
|---|---:|---|---:|
| 11a. 90 days old or less: | 309,643.00 | - | |
| | face amount | doubtful or uncollectible accounts 0.00  = .... | $309,643.00 |

| | | | |
|---|---:|---|---:|
| 11b. Over 90 days old: | 1,005,218.72 | - | |
| | face amount | doubtful or uncollectible accounts 0.00  =.... | $1,005,218.72 |

| | | |
|---|---|---:|
| 12. | **Total of Part 3.**<br>Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$1,314,861.72** |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---:|---|---:|
| 19.　**Raw materials** | | | | |
| 20.　**Work in progress** | | | | |
| 21.　**Finished goods, including goods held for resale** | | | | |
| 22.　**Other inventory or supplies**<br>**2 x two story ladders** | | **$0.00** | | **$500.00** |

| | | |
|---|---|---:|
| 23. | **Total of Part 5.**<br>Add lines 19 through 22.  Copy the total to line 84. | **$500.00** |

Debtor    **Flash Roofing Inc.**                                    Case number *(If known)*  **25-00693-JBM7**
_____
Name

---

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1.  **2020 Chevy Silverado**<br>**Vin:3GCNWAEF5LG337383** | Unknown | Blue Book | $16,996.00 |
| 47.2.  **2022 CHEVY SILVERADO**<br>**VIN: 1GC4WLE72NF219408** | Unknown | Blue Book | $23,072.00 |
| 47.3.  **Dump Trailer**<br>**VIN: 4S9BD1226NS412717** | Unknown | Comparable sale | $3,500.00 |
| 47.4.  **Dump Trailer**<br>**VIN: 4S9BD1225NS412692** | $0.00 | Comparable sale | $3,500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**

Debtor    **Flash Roofing Inc.**
Name

Case number *(if known)*  **25-00693-JBM7**

**machinery and equipment)**

51.  **Total of Part 8.**

| | |
|---|---|
| | **$47,068.00** |

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☑ No
- ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

- ☑ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **www.flashroof.com** | **Unknown** | **N/A** | **Unknown** |
| 62. | **Licenses, franchises, and royalties** **Flash Roofing held a C-39 contractors license** | **Unknown** | **N/A** | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations** **Operating softwares, Jobber and Service Fusion, both have records of customers we dealt with. Login information for both of those were provided to the trustee.** | **Unknown** | **N/A** | **Unknown** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.  **Total of Part 10.**

| | |
|---|---|
| | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ☑ No
- ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Debtor    **Flash Roofing Inc.**                                    Case number *(If known)*  **25-00693-JBM7**
          Name

☐ No

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ☐ No

       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.

    ☐ Yes Fill in the information below.

Debtor **Flash Roofing Inc.**

Name

Case number *(If known)* **25-00693-JBM7**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,127.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,020.66 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,314,861.72 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $47,068.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,378,577.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,378,577.67 |

**Fill in this information to identify the case:**

Debtor name    **Flash Roofing Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **25-00693-JBM7**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Flash Roofing Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) **25-00693-JBM7**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$538,692.10** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$6,265,531.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$8,086,668.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor   **Flash Roofing Inc.**                                                       Case number *(if known)*   **25-00693-JBM7**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Westlake Group**<br>**800 West 5th AVE., STE 100A**<br>**Naperville, IL 60563** | **Paid $2,438 on 2/12/2025**<br>**Paid $10,000 on 2/25/2025** | **$12,438.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **General Liability Insurance** |
| 3.2.  **ABC Supply**<br>**1 ABC PKWY**<br>**Beloit, WI 53511** | **Paid $46,757.90 on 2/18/2025**<br>**Paid $11,494.85 on 1/10/2025**<br>**Paid $35,232.82 on 1/24/2025**<br>**Paid $77,296.08 on 12/23/2024**<br>**Paid $20,520.17 on 12/30/2024** | **$191,301.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  **Payment for job materials** |
| 3.3.  **Beacon Building Products**<br>**505 Huntmar Park DR, STE 300**<br>**Herndon, VA 20170** | **$50,116.18 paid on 2/25/2025** | **$50,116.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  **Payment for job materials** |
| 3.4.  **U.S. Premium Finance**<br>**3500 Parkway LN, STE 300**<br>**Norcross, GA 30092** | **Paid $2,098.16 on 12/3/2024**<br>**Paid $2,098.16 on 1/2/2025**<br>**Paid $11,232.02 on 11/29/2024**<br>**Paid $11,232.02 on 12/31/2024**<br>**Paid $11,232.02 on 1/29/2025** | **$37,892.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **General Liabilty Insurance Financing** |

Debtor   __Flash Roofing Inc._____   Case number *(if known)*   __25-00693-JBM7__

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.5. **Now** **6120 Powers Ferry RD NW STE 350** **Atlanta, GA 30339** | **Paid $8,725.00 on 1/10/2025 Paid $750.00 on 1/17/2025** | $10,225.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Payment to factoring company for unpaid invoice that was advanced Subscription fee** |
| 3.6. **Red Peak Solar** **4847 South 1700 West** **Ogden, UT 84405** | **$1,700.00 per week; paid out every Friday during 90-day period (11/29/2024 to 2/26/2025)** | $18,700.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Consulting Services** |
| 3.7. **Maxterno** **13572 Arroyo Gale LN** **San Diego, CA 92130** | **$3,500.00 per week; paid out every Friday during 90-day period (11/29/2024 to 2/26/2025)** | $38,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Consulting Services** |
| 3.8. **Brand Enterprises** **9909 Winecrest RD** **San Diego, CA 92127** | **$3,500.00 per week; paid out every Friday during 90-day period (11/29/2024 to 2/26/2025)** | $38,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Consulting Services** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Dylan McMurtry** **13572 Arroyo Dale LN** **San Diego, CA 92130** **Officer** | **All payments paid from: 2/27/2024 to 2/26/2025** | $397,374.69 | **Monthly payments to Beacon Building Products for materials for jobs on debt personally guaranteed by Mr. McMurtry** |
| 4.2. **Michael Brand** **9909 Winecrest RD** **San Diego, CA 92127** **Officer** | **All payments paid from: 2/27/2024 to 2/26/2025** | $986,684.46 | **Monthly payments to ABC Supply for materials for jobs on debt personally guaranteed by Mr. Brandt** |

Debtor   **Flash Roofing Inc.**                                          Case number *(if known)*   **25-00693-JBM7**

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | **Creditors Adjustment Bureau Inc. v. Flash Roofing, Inc.** 25CU009684C | **Breach of Contract/Warranty : Breach of Contract** | **Superior Court of California County of San Diego** 330 West Broadway San Diego, CA 92101 | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.2. | **Flash Roofing, Inc. v. Kota Construction LLC, et al.** 24CU006840C | **Breach of Contract/Warranty : Breach of Contract** | **Superior Court of California County of San Diego** 330 West Broadway San Diego, CA 92101 | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.3. | **Nguyen v. Goodleap, LLC, et al.** 37-2024-00012011-CU-FR-CTL | **Fraud** | **Superior Court of California County of San Diego** 330 West Broadway San Diego, CA 92101 | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.4. | **Madar v. Powur PBC dba Powur Home Construction, et al.** 37-2023-00039841-CU-CO-CTL | **Other Contract** | **Superior Court of California County of San Diego** 330 West Broadway San Diego, CA 92101 | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.5. | **Jennie Tom, et al. v. Infinity Energy Inc., et al.** 24STCV14865 | **Contractual Fraud (General Jurisdiction)** | **Superior Court of California County of Los Angeles** 111 North Hill Street Los Angeles, CA 90012 | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.6. | **Krishan, et al. v. Divine Power U.S.A., et al.** BCV-24-100984 | **Breach of Contract/Warranty -Civil Unlimited** | **Superior Court of California County of Kern** 1415 Truxtun Ave Bakersfield, CA 93301 | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **Flash Roofing Inc.**                                                    Case number *(if known)*   **25-00693-JBM7**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | **Adam Morn v. Flash Roofing Inc.**<br>**30-2023-01364270-CU-PN-NJC** | **Professional Negligence (Dismissed)** | **Superior Court of California County of Orange 1275 North Berkeley Avenue Fullerton, CA 92832** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Higgs Fletcher & Mack, LLP**<br>**401 West A Street, Suite 2600**<br>**San Diego, CA 92101** | | **2/26/2025** | **$5,000.00** |
| | Email or website address<br>**www.higgslaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Debtor    **Flash Roofing Inc.**                                    Case number *(if known)*    **25-00693-JBM7**

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **Toribio Palomino** **6690 West Elkhorn BLVD** **Sacramento, CA 95837** | **8 x 4 x 12 Dump Trailer** | **1/31/2025** | **$3,500.00** |
| | **Relationship to debtor** **Independent Contractor** | | | |
| 13.2 | **Ernesto Vizcaino** **119 East 88 PL** **Los Angeles, CA 90003** | **8 x 4 x 12 Dump Trailer** | **12/11/2024** | **$3,900.00** |
| | **Relationship to debtor** **None; On-line sale** | | | |
| 13.3 | **Alex Braher** **1937 Rocknoff LN** **Escondido, CA 92026** | **8 x 4 x12 Dump Trailer** | **12/31/2024** | **$3,900.00** |
| | **Relationship to debtor** **None; On-line sale** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **13572 Arroyo Dale LN** **San Diego, CA 92130** | **From approximately 4/2021 to 8/2022** |
| 14.2. | **P.O. Box 65834** **Rancho Santa Fe, CA 92067** | **From approximately 4/2021 to 8/2022** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   **Flash Roofing Inc.**                                    Case number *(if known)*   **25-00693-JBM7**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Rancho Bernardo Self Storage**<br>**10905 Via Frontera**<br>**San Diego, CA 92127** | **Now closed; no access** | **Storage unit for left over and used materials from jobs. Unit was cleared in response to Craig's List add. Minimal value.** | ☑ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | **Flash Roofing Inc.** | Case number *(if known)* | **25-00693-JBM7** |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor    **Flash Roofing Inc.**                                        Case number *(if known)*  **25-00693-JBM7**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Drill Down Solution**<br>**1112 East 300 North, STE 101**<br>**American Fork, UT 84003** | **2021 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Drill Down Solutions**<br>**1112 East 300 North, STE 101**<br>**American Fork, UT 84003** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Crestmont Capital**<br>**400 Spectrum Center DR**<br>**Irvine, CA 92618** |
| 26d.2.  **Sweet Loans Alabama**<br>**3003 2nd AVE South**<br>**Birmingham, AL** |
| 26d.3.  **Credit Line Capital Group**<br>**1124 Grove AVE, STE 194**<br>**Cedarhurst, NY 11516** |
| 26d.4.  **The LCF Group**<br>**3000 Marcus AVE 2W15**<br>**New Hyde Park, NY 11042** |
| 26d.5.  **Morgan Cash**<br>**561 Empire BLVD**<br>**Brooklyn, NY 11225** |
| 26d.6.  **XPRS Capital**<br>**520 Broadway**<br>**Santa Monica, CA 90401** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Flash Roofing Inc.**                                      Case number *(if known)*    **25-00693-JBM7**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Dylan McMurtry | 13572 Arroyo Dale LN<br>San Diego, CA 92130 | Owner; Officer | 25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Brianne McMurtry | 13572 Arroyo Dale LN<br>San Diego, CA 92130 | Owner; Officer | 25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Mike Brand | 9909 Winecrest RD<br>San Diego, CA 92137 | Owner; Officer | 25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Tammy Brand | 9909 Winecrest RD<br>San Diego, CA 92127 | Owner; Officer | 25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Chris Ripplinger | 4847 South 1700 West<br>Ogden, UT 84405 | Officer; Director | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Dylan McMurtry | $12,960.00 | From 2/27/2024 to 2/26/2005 | Salary |
| | Relationship to debtor<br>Owner; Officer | | | |
| 30.2. | Brianne McMurtry | $38,109.50 | From 2/27/2024 to 2/26/2025 | Salary |
| | Relationship to debtor<br>Owner; Officer | | | |

Debtor    **Flash Roofing Inc.**                                                       Case number *(if known)*  **25-00693-JBM7**

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Chris Ripplinger** | **$34,692.60** | **From 2/27/2024 to 2/26/2025** | **Salary** |
|  | Relationship to debtor **Officer; Director** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 13, 2025**

_____
Signature of individual signing on behalf of the debtor

**Dylan McMurtry**
Printed name

Position or relationship to debtor    **Secretary**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes