```
CSD 1100 [07/05/24]
Name, Address, Telephone No. & I.D. No.
```
**Martin A. Eliopulos, Esq. 149299**
**401 West A Street Suite 2600**
**San Diego, CA 92101**
**(619) 236-1551**
**149299 CA**

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Flash Roofing Inc.**

BANKRUPTCY NO. **25-00693-JBM7**

Debtor.

## AMENDMENT

Presented are the following original documents [Check one or more boxes as appropriate]:

- [x] Voluntary Petition
- [ ] Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- [ ] Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum & 206Sum)
- [ ] Schedule A/B: Property (Form 106A/B & 206A/B)
- [ ] Schedule C: The Property You Claim as Exempt (Form 106C)
- [x] Schedule D-F: Creditors Who Have Claims Secured by Property (Form 106D & 206D), Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F) and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - [x] Adding or deleting creditors (electronic media), changing amounts owed or classification of debt -$34.00 fee required. See instructions on reverse side
    - [ ] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule G: Executory Contracts & Expired Leases (Form 106G & 206G)
- [ ] Schedule H: Your Co-Debtor (Form 106H)
- [ ] Schedule I: Your Income (Form 106I)
- [ ] Schedule J: Your Expenses (Form 106J)
- [ ] Schedule J-2: Expenses for Separate Household of Debtor 2 (Form106J-2)
- [ ] Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- [ ] Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- [ ] Chapter 7 Statement of Exemption from Presumption of Abuse Under §707(b)(2)(Form 122A-1Supp)
- [ ] Chapter 7 Means Test Calculation (Form 122A-2)
- [ ] Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- [ ] Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- [ ] Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- [x] Other: **Verification of Creditor Matrix; Creditor Matrix**

Dated: **March 13, 2025**          Signature   **/s/ Martin A. Eliopulos, Esq.**
                                                            Attorney for Debtor

**Debtor(s) signature required on page 2. Server's signature required on page 3.**

CSD 1100 [07/05/24]

# DECLARATION OF DEBTOR

I [We] __Dylan McMurtry__ and ____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: **March 13, 2025**

_____          _____
*Debtor Signature                                                              *Joint Debtor Signature

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

# INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are <u>not</u> to be attached.
  1. Before each entry, specify the purpose of the amendment by inserting:
     a. "ADDED," if the information was missing from the previous document filed; or
     b. "CORRECTED," if the information modifies previously listed information; or
     c. "DELETED," if previously listed information is to be removed.
  2. At the bottom of each page, insert the word "AMENDED."
  3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.
B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed <u>after</u> the case is closed are not entitled to a refund of fees\*\***

---

# PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On **03/13/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Martin A. Eliopulos    elio@higgslaw.com; begaym@higgslaw.com

Leslie T. Gladstone    candic@flgsd.com; christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com
☐    Chapter 7 Trustee:

☑    For Chapter. 7, 11, & 12 cases:                                    ☐    For Chapter 13 cases:

   UNITED STATES TRUSTEE                                                  MICHAEL KOCH, TRUSTEE
   ustp.region15@usdoj.gov                                                mkoch@ch13.sdcoxmail.com

CSD 1100 [07/05/24]

2. **Served by United States Mail:**

On _____, I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  **March 13, 2025**                          /s/ Marie Begay
                         (Date)                                      **MARIE BEGAY**
                                                                     **Higgs Fletcher & Mack LLP**
                                                                     **401 West A Street Suite 2600**
                                                                     **San Diego, CA 92101**
                                                                     Address

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* 25-00693-JBM7            Chapter    7 |

☒ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | Flash Roofing Inc. |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-3415731 |
|---|---|---|

| 4. | **Debtor's address** | **Principal place of business** <br><br> 5965 Village Way, Suite E105-641 <br> San Diego, CA 92130 <br> Number, Street, City, State & ZIP Code <br><br> San Diego <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> 13572 Arroyo Dale Ln San Diego, CA 92130 <br> Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | www.flashroof.com |
|---|---|---|

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: |
|---|---|---|

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 1

| Debtor | Flash Roofing Inc. | Case number (*if known*) | 25-00693-JBM7 |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__1761__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **Flash Roofing Inc.** | Case number (*if known*) | 25-00693-JBM7 |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

**CORRECTED**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

| Debtor | Flash Roofing Inc. | Case number (*if known*) 25-00693-JBM7 |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 13, 2025**
MM / DD / YYYY

X _[signature]_    **Dylan McMurtry**
Signature of authorized representative of debtor    Printed name

Title  **Secretary**

**18. Signature of attorney**

X **/s/ Martin A. Eliopulos, Esq.**    Date **March 13, 2025**
Signature of attorney for debtor    MM / DD / YYYY

**Martin A. Eliopulos, Esq. 149299**
Printed name

**Higgs Fletcher & Mack LLP**
Firm name

**401 West A Street Suite 2600**
**San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone **(619) 236-1551**    Email address **elio@higgslaw.com**

**149299 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Flash Roofing Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 25-00693-JBM7 |

☑ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Beacon Building Products<br>505 Huntmar Park DR Ste 300<br>Herndon, VA 20170<br><br>Date(s) debt was incurred  1/10/2024 to 3/2/2025<br>Last 4 digits of account number  3325 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Unpaid debt owed for materials purchased.<br><br>Is the claim subject to offset?  ☑ No  ☐ Yes | $144,590.91 |
| 3.2 **ADDED** | **Nonpriority creditor's name and mailing address**<br>Franchise Tax Board<br>State of California<br>PO Box 942857<br>Sacramento, CA 94257-0531<br><br>Date(s) debt was incurred  Tax Year Ending 2024<br>Last 4 digits of account number  axes | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Income Tax<br><br>Is the claim subject to offset?  ☑ No  ☐ Yes | $856.00 |
| 3.3 **ADDED** | **Nonpriority creditor's name and mailing address**<br>Internal Revenue Service<br><br>Ogden, UT 84201-0039<br>Date(s) debt was incurred  Tax Yea Ending 12/31/2024<br>Last 4 digits of account number  axes | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Income Taxes<br><br>Is the claim subject to offset?  ☑ No  ☐ Yes | $9,051.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>State Compensation Ins. Fund<br>P.O. Box 51092<br>Los Angeles, CA 90051<br><br>Date(s) debt was incurred  11/8/2024<br>Last 4 digits of account number  7926 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Audit of workers comp policy<br><br>Is the claim subject to offset?  ☑ No  ☐ Yes | $1,132,602.87 |

| Debtor | **Flash Roofing Inc.** | Case number (if known) | 25-00693-JBM7 |
|---|---|---|---|
| | Name | | |

**ADDED**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $523.99 |
|---|---|---|---|

Visa
13485 Pacific Hglds Rnch Pkwy
San Diego, CA 92130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2025**

Basis for the claim:  **Credit Card Purchases**

Last 4 digits of account number  **9377**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,287,624.77 |
| 5c. Total of Parts 1 and 2<br>  Lines 5a + 5b = 5c. | 5c.   $ | 1,287,624.77 |

CSD 1008 [08/21/00]

Name, Address, Telephone No. & I.D. No.

**Martin A. Eliopulos, Esq. 149299**
**401 West A Street Suite 2600**
**San Diego, CA 92101**
**(619) 236-1551**
**149299 CA**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Flash Roofing Inc.**

BANKRUPTCY NO. **25-00693-JBM7**

Debtor.

## VERIFICATION OF CREDITOR MATRIX - AMENDED

PART I (check and complete one):                                                            **CORRECTED**

■ New petition filed. Creditor diskette required.                    TOTAL NO. OF CREDITORS: **12**

☐ Conversion filed on _____. See instructions on reverse side.
  ☐ Former Chapter 13 converting. Creditor diskette required.       TOTAL NO. OF CREDITORS: _____
  ☐ Post-petition creditors added. Scannable matrix required.
  ☐ There are no post-petition creditors. No matrix required.

☒ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
  ☒ Names and addresses are being ADDED.
  ☐ Names and addresses are being DELETED.
  ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: **March 13, 2025**

_[signature]_
**Dylan McMurtry/Secretary**
Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

`CSD 1008 (Page 2)` [08/21/00]

## INSTRUCTIONS

1) Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2) A creditors matrix with <u>Verification</u> is required whenever the following occurs:

   a) A new petition is filed. Diskette required.

   b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4) CONVERSIONS:

   a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>. Diskette required.

   b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

   a) <u>Scannable matrix format required.</u>

   b) The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

`CSD 1008`

```
                        Ally
                        P.O. Box 380902
                        Minneapolis, MN 55438


                        Beacon Building Products
                        505 Huntmar Park DR Ste 300
                        Herndon, VA 20170


ADDED                   Brianne McMurtry
                        13572 Arroyo Dale LN
                        San Diego, CA 92130


ADDED                   Chris Ripplinger
                        4847 South 1700 West
                        Ogden, UT 84405


                        Dylan McMurtry
                        13572 Arroyo Dale LN
                        San Diego, CA 92130


ADDED                   Franchise Tax Board
                        State of California
                        P.O. Box 942857
                        Sacramento, CA 94257-0531


                        GM Financial
                        P.O. Box 183593
                        Arlington, TX 76096


ADDED                   Internal Revenue Service
                        Ogden, UT 84201-0039


ADDED                   Michael Brand
                        9909 Winecrest RD
                        San Diego, CA 92127
```

                        State Compensation Ins. Fund
                        P.O. Box 51092
                        Los Angeles, CA 90051

**ADDED**              Tammy Brand
                        9909 Winecrest RD
                        San Diego, CA 92137

**ADDED**              Visa
                        13485 Pacific Hglds Rnch Pkwy
                        San Diego, CA 92130