CSD 2024 [04/28/96]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Trustee
5656 La Jolla Blvd.,
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In re

FLASH ROOFING, INC.

BANKRUPTCY NO.  25-00693-JBM7

Debtor(s).

## REPORT OF SALE

Pursuant to Local Bankruptcy Rule 6004, the undersigned Trustee hereby reports and represents that:

1.      On___**April 10, 2025 (ECF No.  18)**_____, due notice of the Trustee's intent to sell the property described herein was mailed to the debtor, the debtor's attorney and all creditors as required by Local Bankruptcy Rules 2002 and 6004.

2.      The time for filing a request for hearing has expired without an objection or request for hearing having been received by the undersigned.

3.      A description of the property sold, name of the purchaser(s), and the terms of sale are set forth in Exhibit "A" printed on Page 2.

4.      If applicable, the following entities held a valid security interest in all or part of the property sold and were paid the stated sums in satisfaction thereof:

| Name and Address | Property | Amount Paid |
|---|---|---|
| | | |

5.      The purchase price has been paid in full and all property delivered to the purchaser.

I hereby declare under penalty of perjury that the within and attached statements are true to the best of my knowledge and belief.

DATED:   June 9, 2025

/s/ Leslie T. Gladstone
Trustee in Bankruptcy

CSD 2024

[Continued on Page 2]

CSD 2024 (Page 2) [04/28/96]

<div align="center">EXHIBIT "A"</div>

FLASH ROOFING, INC._____DEBTOR, CASE NO.__25-00693-JBM7__

**Type of Sale:**[1]

[    ]    Private Sale.  Describe methods used to obtain best possible price:[2]

| Description of Property Sold | Name and Address of Purchaser(s) | Sales Price per Item or Lot |
|---|---|---|

Offers or bids received but not accepted from the following entities:

Name                                                        Value of Offer

**[ X ]    Public Auction.  Auction conducted by __Fischer Auction Co. Inc._____**

Report of Auctioneer attached containing:[3]

List of the names of bidders and assigned bidding numbers, if any; and

-    Description of items sold, purchase price, and name or bidder number for purchaser for each item or lot sold; plus

-    A cover page containing a summation of the gross sales, and a statement of the commission and expenses applied for or retained by the auctioneer.

A statement that there was at the time of employment, and continued to be during the period of employment, a disinterested person as required under 11 U.S.C. §327, or, if so, the nature thereof.

<div align="center">Auctioneer's Report Reviewed and Approved:</div>

DATED: June 9, 2025                        Signed: /s/Leslie T. Gladstone_____,
                                                        Leslie T. Gladstone, Chapter 7 Trustee

---

<div align="center">INSTRUCTIONS</div>

[1]Indicate method of sale, whether by sealed bids, negotiations or otherwise.

[2]Describe advertising, telephone or other forms of solicitation for offers, negotiations and any other methods used to consummate sale.

[3]Auctioneer's report is to be signed under penalty of perjury, to contain all of the information here set forth, and to be reviewed and approved by trustee.

CSD 2024



**RECEIVED** JUN 0 2 2025

# *Fischer Auction Co. Inc*                    *(619) 590-2828*

*8711 N. Magnolia Ave Ste. 300 – Santee – CA 92071*        *Fax: (619) 590-0744*

May 28, 2025

Leslie Gladstone, Trustee
5656 La Jolla BLVD
La Jolla, CA 92037
858-454-9887

RE: Flash Roofing, INC
BK#25-00693-JBM7

Dear Ms. Gladstone,

The following is the Financial Statement for the above referenced Auction, which we performed for you.

| | | |
|---|---:|---:|
| Gross Sales | | $25,719.00 |
| Less Commissions | | ($1,496.90) |
| | | |
| <u>Less Expenses:</u> | | |
| Advertising | ($500.00) | |
| Detail | ($225.00) | |
| Towing | ($1,350.00) | |
| Smog & Safety | ($100.00) | |
| Dump Fees | ($312.00) | |
| Payoff to GM Financial | ($18,000.00) | |
| | | |
| Total Expenses | | ($20,487.00) |
| | | |
| <u>Buyers Premium Charged</u> | | |
| 13% Buyers Premium | $3,339.70 | |
| 16% Buyers Premium | $4.64 | |

**GROSS CHECK ENCLOSED**        **$3,735.10**

Thank you for the opportunity to be of service to you.

Sincerely,

Fischer Auction Co. Inc.
Jeff Bloom

Leslie Gladstone, Trustee
5656 La Jolla BLVD
La Jolla, CA 92037
858-454-9887

Trustee in Bankruptcy

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In Re:  Flash Roofing, Inc

<div align="right">

BK# 25-00693-JBM7

</div>

)
)
)
_____)

## REPORT OF AUCTIONEER

I, *Jeff Bloom*, declare as follows:

1.  I am the principal of Fischer Auction Company Inc.  All the information contained herein is within my personal knowledge.

1.  On May 21,2025, Fischer Auction Company Inc. conducted an auction of the estate's assets. A copy of the list of bidders and sales report is attached hereto as Exhibit "A" and herein incorporated by reference. Fischer Auction Company Inc. incurred $20487.00 in expenses which included $500.00 for Advertising, $225.00 Detailing, $1,350.00 Towing, $100.00 Smog & Safety, $312.00 Dump fees and $18,000.00 to GM Financial. We charged a commission totaling $1,496.90,a 13% Buyer Premium totaling $3,339.70 and a 16%Buyers Premium totaling $4.64.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of May, 2025, Santee, California



Jeff Bloom, *Auctioneer*

**Consignor Settlement**

| CO #: | 8278 |
|---|---|
| Date: | 5/27/2025 |
| Page: | 1 |

**Consignor: B19836**
Leslie Gladstone
Chapter 7 Bankruptcy Trustee
5656 La Jolla Blvd
La Jolla, CA 92037
Phone:858-454-9887

Auction: May Combined Asset Auction

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|---|
| 5 | 2022 Chevrolet Silverado <p><strong>**RUNS AND PASSED SMOG**<br> **Title coming in approx 2 weeks after the sale** </strong><br> <br> <strong>Year:</strong>2022</p> <p><strong>Make:</strong> Chevrolet</p> <p><strong>Model:</strong> Silverado</p> <p><strong>Vehicle Type:</strong> Pickup Truck</p> <p><strong>Mileage:</strong> 123,882</p> <p><strong>Plate:</strong> 00354L3</p> <p><strong>Body Type:</strong> 4 Door Cab; Crew</p> <p><strong>Trim Level:</strong> Work Truck</p> <p><strong>Drive Line:</strong> RWD</p> <p><strong>Engine Type:</strong> V8, 6.6L</p> <p><strong>Fuel Type:</strong> Gasoline</p> <p><strong>Horsepower:</strong></p> <p><strong>Transmission: </strong>Automatic</p> <p><strong>VIN #:</strong> 1GC4WLE72NF219408</p> <p>MP8</p> <p>Features and Notes:</p> 5% commission | 1.00 | 21,500.00 | 21,500.00 | 0.00<br>#5131  Leung, John |
| 13 | 2022 Sky Dump Trailer <strong>**Has a CA Title, awaiting signature. Should have within 7 days of sale** </strong><br> Year:  2022<br> Make: Sky<br> VIN #: 4S9BD1226NS412717<br> <br> Features and Notes: | 1.00 | 4,100.00 | 4,100.00 | 0.00<br>#5428  Sotelo Berdusco, Juan |
| 1754 | Box Lot Of (82) LONG SLEEVE SHIRTS <p>RED LONG SLEEVE ( 27) 2 XL SHIRTS </p><p>RED LONG SLEEVE ( 39 )XL SHIRTS </p><p>RED LONG SLEEVE (9) MEDIUM SHIRTS</p><p>BLACK LONG SLEEVE (7) SORTED SIZES </p><p>JT 12</p> | 1.00 | 45.00 | 45.00 | 0.00<br>#5123  Cortez, Ivonne |

**Consignor Settlement**

| | | | | |
|---|---|---|---|---|
| CO #: | | | | 8278 |
| Date: | | | | 5/27/2025 |
| Page: | | | | 2 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|---|
| 1755 | BOX LOT OF (98) RED LONG SLEEVE SHIRTS <p> (28) RED LONG SLEEVE MEDIUM SHIRTS </p><p>(70) RED LONG SLEEVE LARGE SHIRTS </p><p>JT 12 </p> | 1.00 | 45.00 | 45.00 | 0.00<br>#5123  Cortez, Ivonne |
| 1756 | Box Lot of Paint And Other Work Tools <ul> <li>Paint Cans</li> <li>Orange Vest</li> <li>Paint</li> <li>Magnet</li> <li>ETC</li></ul> <p>MP12</p> | 1.00 | 11.00 | 11.00 | 0.00<br>#5225  Trieu, Minh |
| 1757 | Box Lot Of Security Bit Set & Other Miscellaneous <ul> <li>First Aid Kit</li> <li>Security Bit Set</li> <li>Tire Plug Kit</li> <li>Repair and Seal Tape</li></ul> <p>MP12</p> | 1.00 | 18.00 | 18.00 | 0.00<br>#5310  Andersen Windows, Andersen, Karl |

| | |
|---|---|
| CO Expense - Advertising | ( 500.00) |
| CO Expense - Detailing | ( 225.00) |
| CO Expense - Towing | ( 1,350.00) |
| CO Expense - Dump Fees | ( 312.00) |
| CO Expense - Smog and safety | ( 100.00) |
| CO Expense - Pay off to GM Financial | ( 18,000.00) |

| | |
|---|---|
| Total Quantity: | 6.00 |
| Total Invoice Sale Price: | 25,719.00 |
| Total Expenses: | ( 20,487.00) |
| Total Commission: | ( 1,496.90) |
| Total Due to Consignor: | 3,735.10 |
| Total Payments: | 0.00 |
| Balance: | $3,735.10 |

Positive Balance, Monies Owed to Consignor

No inventory remains for this consignment order

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 946 | 5/13/2025 - 5/20/2025 | | May Combined Asset Auction |

| Bid Card # | Customer Code | Name |
|---|---|---|
| 5000 | B14280 | Naah, Mark |
| 5001 | B32447 | Kneipp, Julie |
| 5002 | B32762 | Tucker, Stephanie |
| 5003 | B21886 | Velazquez, Claudia |
| 5004 | B33476 | Shores, William |
| 5005 | B29506 | Kimble, Jonathan |
| 5006 | B33295 | Sanchez, Raquel |
| 5007 | B28401 | Gorman, Kevin |
| 5008 | B32899 | Sutton, Jonathan |
| 5009 | B32389 | Toma, Steven |
| 5010 | B4085 | Ibrahim, Kamil |
| 5011 | B32910 | Zavalza, Alejandro |
| 5012 | B32939 | Cardenas, Ricardo |
| 5013 | B32466 | Ferreira, Brooklyn |
| 5014 | B32713 | Ortiz, Victor |
| 5015 | B24347 | Parvizi, Karl |
| 5016 | B29219 | Gomez, Ruben |
| 5017 | B26703 | Farias, Jose |
| 5018 | B31603 | Evans, Mark A |
| 5019 | B12923 | Mendyk, Michele |
| 5020 | B26555 | Lopez, Ricardo |
| 5021 | B12768 | Trubuy Direct, Cader, Buddy & Mary |
| 5022 | B31481 | Fe Export Llc, Tenas, Francisco |
| 5023 | B20398 | Smith, Joe |
| 5024 | B19393 | Szempias, Chris |
| 5025 | B17632 | Park, John |
| 5026 | B33477 | Burstein, Rachel Annette |
| 5027 | B27776 | Hollywood Appliance, Terkazarov, Michael |
| 5028 | B32123 | Gordon, Adrian |
| 5029 | B12496 | Harp, Brian |
| 5030 | B32108 | Tefft, Paul |
| 5031 | B33478 | Carr, Jeret |
| 5032 | B33457 | One stop, Nabee, Mohammed |

5/27/2025
'10:37:52

Case 25-00693-JBM7    Filed 06/10/25    Entered 06/10/25 13:19:04    Doc 41    Pg. 8 of 22

Page: 2

Fischer Auction
All Bidders

v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5033 | | B21534 | Spankys III, Barrad, Brett |
| 5034 | | B33479 | Garcia, Ana |
| 5035 | | B28395 | Ybarra, Albert |
| 5036 | | B33269 | Ramirez, Sergio |
| 5037 | | B33480 | Christy, Santosh Kumar |
| 5038 | | B32729 | Jouan, Brian |
| 5039 | | B32634 | Maldonado, Braulio |
| 5040 | | B32507 | Mayagoitia, Eric |
| 5041 | | B27141 | SouthportLLC, Perry, Loren |
| 5042 | | B29234 | Dzanku, John Paul |
| 5043 | | B28013 | Fodor, Richard |
| 5044 | | B20749 | Piche, Donald |
| 5045 | | B30988 | Seelinger, Gary |
| 5046 | | B10474 | eTech Asset Liquidators & Transport, Havel, Fred |
| 5047 | | B33311 | Acosta, Miguel |
| 5048 | | B33258 | Petschek, Michael |
| 5049 | | B33481 | Alkhateeb, Adel |
| 5050 | | B30398 | Margarito, Marco |
| 5051 | | B22711 | Snyder, Todd |
| 5052 | | B28383 | Vetere, Adam |
| 5053 | | B24565 | Gorman, Narelle |
| 5054 | | B32143 | S and B Construction Inc, Collinsworth, Scott |
| 5055 | | B31456 | Foo, Jason |
| 5056 | | B25304 | Gulf Coast, Kumbani, Sonny |
| 5057 | | B8932 | Isbell Jr, George |
| 5058 | | B28491 | Brickley, Kurt |
| 5059 | | B33268 | Calderon Auto Wholesale, Silva, Karen |
| 5060 | | B28793 | Alayyoub, Ashraf |
| 5061 | | B33482 | Advanced Engineering Group LLC, Al-Shujairi, Mansha |
| 5062 | | B33483 | Briscoe, Jonross |
| 5063 | | B31091 | Creed, Arron |
| 5064 | | B31035 | Tanvilai, Aittidej |
| 5065 | | B19094 | Teikirisi, Gallego, Emiliano |
| 5066 | | B33484 | Towers, Donald |
| 5067 | | B32915 | Brocaw, Jeff |

5/27/2025
10:37:52

Case 25-00693-JBM7    Filed 06/10/25    Entered 06/10/25 13:19:04    Doc 41    Pg. 9 of 22

Fischer Auction
All Bidders

Page: 3

v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5068 | | B32846 | Parada, Vladimir |
| 5069 | | B18458 | Yousif, Emad |
| 5070 | | B32873 | Boikov, Anton |
| 5071 | | B32240 | Astorga, Jorge |
| 5072 | | B29463 | Chadwick, Blake |
| 5073 | | B32059 | Minaev, Fedor |
| 5074 | | B29196 | Zavala, Sabino |
| 5075 | | B31365 | Wilfred, James |
| 5076 | | B27444 | Alatrash, Jamil |
| 5077 | | B32855 | Batterson, Laurice |
| 5078 | | B30998 | Antillon, Nicholas |
| 5079 | | B15241 | Moscoso, Edgar |
| 5080 | | B32409 | Lopez, Stephen |
| 5081 | | B11744 | Burton, Douglas |
| 5082 | | B11225 | Kueber, Joshua |
| 5083 | | B33413 | Difatta, Anthony |
| 5084 | | B13144 | Thompson, Brian |
| 5085 | | B27711 | Hafez, Rafat |
| 5086 | | B32908 | Westrick, Matt |
| 5087 | | B16489 | Bui, Lam |
| 5088 | | B20654 | Mckune, Brian |
| 5089 | | B33034 | Miu, Johnny |
| 5090 | | B14070 | Rahbari Enterprises, Rahbari, Shahram |
| 5091 | | B31488 | Yarima Terrero LLC, Terrero, Yarima |
| 5092 | | B33485 | Holmes, Cade |
| 5093 | | B4498 | Pennies 4 the dollar, El Amin, Youssef |
| 5094 | | B18246 | Baldino, Stuart |
| 5095 | | B10962 | Gagliardi, Christopher |
| 5096 | | B32876 | Burkett, Tina |
| 5097 | | B31196 | Mcclafferty, Liam |
| 5098 | | B32911 | Navarro, Roman |
| 5099 | | B27134 | Skibinski, Thomas |
| 5100 | | B26466 | Cardenas, Alejandro |
| 5101 | | B25992 | Taboada, Jose |
| 5102 | | B24099 | Smithson, Michael |

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5103 | | B18637 | Medrano, Francisco |
| 5104 | | B32180 | Cortez, Art |
| 5105 | | B7977 | Goodman, Jeffery |
| 5106 | | B17881 | Sergio Sandoval con., Sandoval, Sergio |
| 5107 | | B28570 | Eyraud, Agustin |
| 5108 | | B17324 | Valerio, Jose |
| 5109 | | B5560 | Dirtyolman, Neal, Tommie |
| 5110 | | B22473 | Flores, Javier |
| 5111 | | B16907 | Payne, Travis |
| 5112 | | B21963 | Abc Detailing, Rogers, Ben |
| 5113 | | B21488 | Cooper, William |
| 5114 | | B26944 | Wells, Charles |
| 5115 | | B21510 | Ramos, Luis |
| 5116 | | B27423 | Manufacturas en acero SA de C, Salas, Antonio |
| 5117 | | B32670 | Schipa, Brian |
| 5118 | | B21181 | Mbale, Dekunda |
| 5119 | | B33324 | Blanks, Gary |
| 5120 | | B2882 | Lord, Michael |
| 5121 | | B29384 | Lemmond, Patricia |
| 5122 | | B31480 | Aguiniga, Josue |
| 5123 | | B16629 | Cortez, Ivonne |
| 5124 | | B3384 | Moayedi, Michael |
| 5125 | | B20659 | Belvedere, Grace |
| 5126 | | B32048 | Leckrone, Jessica |
| 5127 | | B32863 | Calderon Auto Wholesale, Calderon Camacho, Joaquin |
| 5128 | | B31486 | Haribhai, Rupesh |
| 5129 | | B15898 | Springer, Shawn |
| 5130 | | B28666 | Shamashta, Arkan |
| 5131 | | B18734 | Leung, John |
| 5132 | | B31974 | Ryan Fulton, Fulton, Patty |
| 5133 | | B12943 | Sawaya, Rizk |
| 5134 | | B30595 | Schwager, Austin |
| 5135 | | B32906 | Morton, Michael |
| 5136 | | B30634 | Shaw, Michael |
| 5137 | | B21998 | Serratos, Danny |

5/27/2025
10:37:52
Case 25-00693-JBM7    Filed 06/10/25    Entered 06/10/25 13:19:04    Doc 41    Pg. 11 of Page: 5
Fischer Auction
All Bidders
22
v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|------------|---------------|--------|--------------|
| 5138 | | B10058 | McMillan, Julian |
| 5139 | | B25517 | Li, Wei |
| 5140 | | B15081 | Laxton, Josh |
| 5141 | | B2090 | Fruteria Brother, Pitones, Edgardo |
| 5142 | | B26024 | Rose, Ken |
| 5143 | | B18816 | Avergun, Mike |
| 5144 | | B29561 | Rojas, Fernando |
| 5145 | | B14783 | Romeo, Jeffrey |
| 5146 | | B2207 | Wright, Samuel D |
| 5147 | | B32885 | Messmer, Jennifer |
| 5148 | | B22720 | Carr, Marco |
| 5149 | | B32886 | Insulation Builders, Cohen, Shai |
| 5150 | | B32411 | Reserva, Alfred |
| 5151 | | B22369 | Widay, Ann |
| 5152 | | B1026 | Sparks, David |
| 5153 | | B33486 | Araiza, Cesar |
| 5154 | | B29371 | Ellig, Christina |
| 5155 | | B30691 | Tufino, Cristian |
| 5156 | | B9395 | Medina, Francisco |
| 5157 | | B19854 | Garcia, Alejandro |
| 5158 | | B14957 | Wilke, Thomas |
| 5159 | | B26799 | Ramirez, Martin |
| 5160 | | B32226 | Ferrer, Ray |
| 5161 | | B32282 | Sturtevant, Jim |
| 5162 | | B7961 | Anderson, James |
| 5163 | | B5391 | Garcia, Carlos |
| 5164 | | B31451 | Cavicchioni, Holly |
| 5165 | | B17215 | Angulogomez, Isaac |
| 5166 | | B33487 | Avila Food Equipment, Avila, Jesus |
| 5167 | | B21914 | Jacinto, Reuel |
| 5168 | | B14788 | Israel, David |
| 5169 | | B33488 | Vinick, Benjamin |
| 5170 | | B32135 | Stanton, William |
| 5171 | | B26353 | Rezek, Claudia |
| 5172 | | B31551 | Quintana, Omar |

5/27/2025
10:37:52

Case 25-00693-JBM7    Filed 06/10/25    Entered 06/10/25 13:19:04    Doc 41    Pg. 12 of 22

Fischer Auction
All Bidders

Page: 6

v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5173 | | B26194 | Velazquez, Israel |
| 5174 | | B32854 | LaCour, Patricia |
| 5175 | | B33489 | Elias Bahnan, Elias |
| 5176 | | B33386 | Lackey, Henry |
| 5177 | | B32401 | Olayiwola, Abiodun |
| 5178 | | B33490 | Aljabbar, Yousef |
| 5179 | | B8938 | Hilton Stone Didtribution Corp, Osiowy, Richard |
| 5180 | | B28004 | Whillock, Brent |
| 5181 | | B28683 | Tommalieh, Khalid |
| 5182 | | B12079 | Mandgie, Robert |
| 5183 | | B9579 | Dawisha, Amer |
| 5184 | | B23939 | Barranco, Misael |
| 5185 | | B3026 | Assi, Hassan |
| 5186 | | B21773 | Brookins, Ronald |
| 5187 | | B26025 | Quinn, Jeffrey |
| 5188 | | B7972 | Cynthia Rosas, Rosas, Cynthia |
| 5189 | | B30687 | De Santiago, Arturo |
| 5190 | | B33491 | Dowd, Thomas |
| 5191 | | B11024 | Love, create & help, Deoja, Deep |
| 5192 | | B20564 | Kbk Auto Sales, Alsager, Khalil |
| 5193 | | B31377 | Escalante, Oskar |
| 5194 | | B25157 | Rubio Farm, Rubio, Antonio |
| 5195 | | B33492 | Williams, Maurice |
| 5196 | | B33493 | Gefrom, John |
| 5197 | | B33494 | Bumpus, Frank |
| 5198 | | B21359 | Moran, Sonia |
| 5199 | | B31639 | Thorsnes, Galen |
| 5200 | | B33495 | Rodriguez, Gary |
| 5201 | | B25851 | Ferreira, John |
| 5202 | | B18492 | West, Jaime |
| 5203 | | B33496 | Gamby, Justin |
| 5204 | | B23369 | Briggs, Philip |
| 5205 | | B33497 | Benson, Arleen |
| 5206 | | B3466 | Granzow, Scott |
| 5207 | | B32299 | Reilly, Jonathan |

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5208 | | B33498 | Aceservicios Y Asesoria S De Rl De Cv, Aceves, Leonel |
| 5209 | | B2547 | Drake, Richard |
| 5210 | | B33469 | Niebla, Luis |
| 5211 | | B33499 | Torres, Gustavo |
| 5212 | | B33500 | Page, Bryan |
| 5213 | | B33501 | North California Auto Wholesale, Oshaghi, Ahmad |
| 5214 | | B31576 | Griffin Pubs, Inc, Stanton, John |
| 5215 | | B32253 | Nasr, Alkhateeb |
| 5216 | | B28865 | Miller, Brent |
| 5217 | | B32879 | Ibarra, Jose |
| 5218 | | B33502 | Cartwright, Grady |
| 5219 | | B33503 | Acevedo, Isaac |
| 5220 | | B14020 | Smith, William |
| 5221 | | B8259 | Fraley, Tim |
| 5222 | | B26464 | Walker, Jeff |
| 5223 | | B20351 | Dixon, Bart |
| 5224 | | B22781 | Valenzuela, Ofelia |
| 5225 | | B31539 | Trieu, Minh |
| 5226 | | B30015 | Almendariz, Gabriel |
| 5227 | | B25442 | Moneda, Michael |
| 5228 | | B5281 | Brandon, Michael |
| 5229 | | B31056 | Blasquez, Mark |
| 5230 | | B2196 | Limon, Manuel |
| 5231 | | B32840 | San Diego Auto Factory, Lavenant, Oscar |
| 5232 | | B26150 | Konanyan, Ashot |
| 5233 | | B17554 | JV Enterprises, Vasquez, Jorge |
| 5234 | | B31671 | Mulero, Jose |
| 5235 | | B33504 | Mendoza, Elias |
| 5236 | | B33505 | Salcido, Mark |
| 5237 | | B32736 | Shukur, Nebiyu |
| 5238 | | B2286 | Action Spa Parts, Wexler, Randy |
| 5239 | | B3845 | Grupo alfredo, Pimentel, Guillermo |
| 5240 | | B19649 | Villegas, Frencisco |
| 5241 | | B19811 | Bor, Henry |
| 5242 | | B16833 | Value ranch, Demaria, Jonathan |

5/27/2025
10:37:52

Case 25-00693-JBM7    Filed 06/10/25    Entered 06/10/25 13:19:04    Doc 41    Pg. 14 of

Fischer Auction
All Bidders

22

Page: 8

Page: 8

v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5243 | | B31101 | Lee, Antonio |
| 5244 | | B27480 | Oliver, Valerie |
| 5245 | | B30990 | Homan, John |
| 5246 | | B29071 | Del Valle, Herbert |
| 5247 | | B33506 | Lozano, Priscilla |
| 5248 | | B13224 | Riordan, Peter |
| 5249 | | B7636 | Briseno, Agustin |
| 5250 | | B28961 | Pizzaovens.com, Asvadi, F H |
| 5251 | | B19043 | Hubbell, Kevin |
| 5252 | | B21053 | McComas, Barney |
| 5253 | | B33507 | Orta, Calixto |
| 5254 | | B30739 | Ozbirn, Shane |
| 5255 | | B28940 | Mattingly, Mike |
| 5256 | | B33508 | Gehler, Margaret |
| 5257 | | B32439 | Livingston, Roland |
| 5258 | | B26318 | Morrow, Ten |
| 5259 | | B33509 | Haskell, Parker |
| 5260 | | B26038 | Martinez, Michele |
| 5261 | | B33510 | Ray, Lori |
| 5262 | | B22303 | Ta, Ha |
| 5263 | | B1441 | Hfcjrsd, Cobian, Hector |
| 5264 | | B33334 | The Carols Tools, Abrego, Edith |
| 5265 | | B33511 | Puente, Jorge |
| 5266 | | B30205 | Papa, Marshelle |
| 5267 | | B25874 | Serrano, Pablo |
| 5268 | | B8659 | Turner, Jamie |
| 5269 | | B16449 | Trammell, Duane |
| 5270 | | B3274 | Bruno, Mark |
| 5271 | | B31652 | Ben-Zvy, Orr |
| 5272 | | B31919 | ONeill butler, Ashley |
| 5273 | | B18627 | Truck Depot, Doran, Lucas |
| 5274 | | B23250 | Reed, Stephanie |
| 5275 | | B29305 | Clifton, James |
| 5276 | | B33512 | Redetzke, Francesca |
| 5277 | | B33513 | Ditson, Jesse |

5/27/2025
10:37:52

Case 25-00693-JBM7    Filed 06/10/25    Entered 06/10/25 13:19:04    Doc 41    Pg. 15 of Page: 9

Fischer Auction
22

All Bidders

v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5278 | | B32688 | Wholesale For Less / Corn In Cup Inc., Sayadyan, Hovhannes |
| 5279 | | B15843 | Tovbin, Gene |
| 5280 | | B25505 | San Diego appliance warehouse, Aramouni, Eli |
| 5281 | | B33514 | Tobya, Rojina |
| 5282 | | B14592 | Younghusband, Norman |
| 5283 | | B18720 | Moulton, Stephen |
| 5284 | | B32721 | OBrien, Michael |
| 5285 | | B14411 | C.E. Wilson Corp., Wilson, Brian |
| 5286 | | B33515 | De La Cruz, Jose |
| 5287 | | B32889 | Nguyen, Chi |
| 5288 | | B33516 | Gf Auto Group, Azimi, Nima |
| 5289 | | B20981 | Zacharczuk, John |
| 5290 | | B15667 | Grover Brothers Restaurant Supply, Grover, David |
| 5291 | | B13267 | Ariana R Contreras, Mendoza, Luis |
| 5292 | | B31485 | Becerra, Luis |
| 5293 | | B33517 | Webb, Shaq |
| 5294 | | B3881 | Rocheleau, Donna |
| 5295 | | B30965 | DeMatos, Salatiel |
| 5296 | | B33518 | Twenhafel, Nicholas |
| 5297 | | B25511 | Huang, Norman |
| 5298 | | B33519 | Crystal Clear Motors Inc, Pashkam, Armen |
| 5299 | | B30508 | Ilioi, Chris |
| 5300 | | B29445 | Atanacio, Ronald |
| 5301 | | B21669 | Al-Jaber, Hassan |
| 5302 | | B24713 | Poindexter, Robert |
| 5303 | | B15001 | Whitney, Marissa |
| 5304 | | B1051 | Vestco Food Equipment, Vest, Gary |
| 5305 | | B33341 | Sechrist, Butch |
| 5306 | | B28746 | Estrada, Josephine |
| 5307 | | B32371 | Dixie Motorsports llc., Omar, Osama |
| 5308 | | B11989 | Hollister, Chris |
| 5309 | | B21224 | Recht, Gary |
| 5310 | | B6081 | Andersen Windows, Andersen, Karl |
| 5311 | | B33520 | Cerrato, Julie |
| 5312 | | B11559 | Wirig, Evan |

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5313 | | B28229 | Levin, Thomas |
| 5314 | | B17993 | Oliver, Joseph |
| 5315 | | B25870 | Kevcon, Inc., Kutina, Kev |
| 5316 | | B33521 | Moreno, Alejandro |
| 5317 | | B32060 | Fokin, Ivan |
| 5318 | | B31254 | RPL Electric Inc., Locke, Tre |
| 5319 | | B20344 | Hayes, Alan |
| 5320 | | B32085 | Ybarra, Stasha |
| 5321 | | B25853 | Herrera, Benjamin |
| 5322 | | B18822 | Reilly, Reilly, Michael |
| 5323 | | B28156 | Herkelman, Matthew |
| 5324 | | B28444 | Fieri, Dale |
| 5325 | | B32130 | Noorullah, Mohammed |
| 5326 | | B30662 | Deeb, Sam |
| 5327 | | B8113 | Equipos Industriales, Diaz, Olegario |
| 5328 | | B30556 | Pieper, Philip |
| 5329 | | B33522 | Banki, Teresa |
| 5330 | | B33523 | Caceres, Milly |
| 5331 | | B11521 | Darey, Morris |
| 5332 | | B5999 | Yanny, Essam |
| 5333 | | B26122 | Ojeda, Ali |
| 5334 | | B33524 | Belanchuk, Alexander |
| 5335 | | B30130 | Leyva, CLaudia |
| 5336 | | B31245 | Begin, Randy |
| 5337 | | B3842 | Olayan, Lex |
| 5338 | | B20569 | Shirey, Jack |
| 5339 | | B32735 | Brenis, Jonathan |
| 5340 | | B33525 | Timm, Andrew |
| 5341 | | B21842 | Novikov, Andrew |
| 5342 | | B5399 | Turner, Robert |
| 5343 | | B32224 | Conner, Leticia |
| 5344 | | B33526 | McKay, Dan |
| 5345 | | B32922 | Vinson, Scott |
| 5346 | | B8423 | Graham, John |
| 5347 | | B12308 | Taly, Michael |

**Fischer Auction**
**All Bidders**

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5348 | | B27508 | Seuferer, Michael |
| 5349 | | B29271 | Robison, Richard |
| 5350 | | B2308 | Lanahan, Harry |
| 5351 | | B33527 | D Angelo, Jackson |
| 5352 | | B25715 | Rayburn, Janet |
| 5353 | | B26132 | Covarrubias, Robert |
| 5354 | | B26493 | Dulawan, Shannon |
| 5355 | | B26230 | SoCal MotoPlex LLC, Mattar, Dan |
| 5356 | | B25047 | Zavalza, Duval |
| 5357 | | B33528 | Williams, Michael |
| 5358 | | B25972 | Rice, Katie |
| 5359 | | B13997 | Wagner, William |
| 5360 | | B14716 | Walstrom, Amanda |
| 5361 | | B5690 | Sallee, Linda |
| 5362 | | B1706 | Rahm, John |
| 5363 | | B32220 | Palacios, Lilia I |
| 5364 | | B27728 | Lopez Leal, Adalberto |
| 5365 | | B13230 | Castaneda, Roberto |
| 5366 | | B33529 | Major, Ray |
| 5367 | | B30869 | Ledesma, Juan |
| 5368 | | B24407 | Jackson, Todd |
| 5369 | | B20350 | Baldwin, Dan |
| 5370 | | B13030 | Rios Automotive Group, Shirey, Ken |
| 5371 | | B32266 | Coleman, Leo |
| 5372 | | B13883 | Habib, Amir |
| 5373 | | B26478 | Rees, Andrew |
| 5374 | | B4017 | David, Ricky |
| 5375 | | B33530 | Phalla, Phil |
| 5376 | | B3202 | Prescott, Robert |
| 5377 | | B33531 | Martinez, Ben |
| 5378 | | B6240 | Akin, Zvika |
| 5379 | | B33532 | Gonzales Buchanan, Justin |
| 5380 | | B1016 | Flores, Rick |
| 5381 | | B32379 | Vasquez, Rafael |
| 5382 | | B24802 | Bingham, Melanie |

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5383 | | B7569 | Huerta, Luis |
| 5384 | | B30403 | Rojas, Maria |
| 5385 | | B6500 | Morales, Alex |
| 5386 | | B12213 | Duo Auto, Leslie, John |
| 5387 | | B6590 | Wundrow, Medy |
| 5388 | | B32708 | Merriman, Marianne |
| 5389 | | B28072 | Koczwara, Tomek |
| 5390 | | B28557 | Cocita, Mike |
| 5391 | | B5562 | Williams, Katie |
| 5392 | | B1012 | Rakov, Nathan |
| 5393 | | B32892 | Mason, Eduardo |
| 5394 | | B23030 | Bestway Auto & Truck Rental Sales & Leasing, Haddad, Raffi |
| 5395 | | B33533 | Piche, David |
| 5396 | | B33534 | Orona, Paul |
| 5397 | | B9684 | Mcmanus, Eric |
| 5398 | | B23366 | Valenzuela, Yonata |
| 5399 | | B26321 | Haidari, Tareq |
| 5400 | | B22877 | Ramirez, Jesus |
| 5401 | | B32421 | Jakovich, Michael |
| 5402 | | B21374 | Williams, Jerry |
| 5403 | | B33535 | Nelson, Justin |
| 5404 | | B27069 | Nelson, Deena |
| 5405 | | B19783 | Villarino, Timothy |
| 5406 | | B8387 | Mendelsohn Enterprises, Mendelsohn, Mark |
| 5407 | | B2806 | Rubin, Michael |
| 5408 | | B33536 | Hatheway, Brian |
| 5409 | | B18707 | Tawfique, Besam |
| 5410 | | B20347 | Winter, Robert |
| 5411 | | B33355 | Diaz, Alvaro |
| 5412 | | B33537 | Olvera, Edgar Alan |
| 5413 | | B33538 | Gross, Shaya |
| 5414 | | B16535 | Bellwood, Stephen |
| 5415 | | B15686 | Crago, Daniel |
| 5416 | | B32758 | Solares, Cristian |
| 5417 | | B33539 | Duong, Socheat |

5/27/2025
10:37:52
Case 25-00693-JBM7   Filed 06/10/25   Entered 06/10/25 13:19:04   Doc 41   Pg. 19 of
22

Fischer Auction
All Bidders

Page: 13
v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5418 | | B29489 | Poche, Stephanie |
| 5419 | | B27122 | Saucier, Mark |
| 5420 | | B16456 | Gazallo, Jimmy |
| 5421 | | B33540 | Reilly, Dawn |
| 5422 | | B5613 | CCQA Inc, Stone, Daniel |
| 5423 | | B30631 | Mansor, Thomas |
| 5424 | | B33342 | Macias, Armando |
| 5425 | | B23752 | Schumacher, Peter |
| 5426 | | B20769 | Greenwalt, Michael |
| 5427 | | B21924 | Ramirez, Marx |
| 5428 | | B33541 | Sotelo Berdusco, Juan |
| 5429 | | B26085 | Fentiman Enterprises Inc, Fentiaman, Daren |
| 5430 | | B24329 | Novikova, Svetlana |
| 5431 | | B30485 | Kiselev, Yuriy |
| 5432 | | B14285 | Bjorstrom, Thomas |
| 5433 | | B12074 | Lupton, Steve |
| 5434 | | B12860 | Babylon, Terzibachian, Mike |
| 5435 | | B27616 | Gonzalez, Daniel |
| 5436 | | B32883 | Taggart, Kayla |
| 5437 | | B16000 | Neal, Patrick |
| 5438 | | B32760 | Spangle, Francisco |
| 5439 | | B26559 | Castollo, Angel |
| 5440 | | B12517 | Brothers, David |
| 5441 | | B32913 | Vest, Dennis |
| 5442 | | B8880 | Oya, Daryl |
| 5443 | | B30133 | Nguyen, Vy |
| 5444 | | B31975 | Herrin, Robert |
| 5445 | | B15694 | Stefanovic, Milan |
| 5446 | | B28563 | Young, Scott |
| 5447 | | B33542 | Casey-Watt, Montica |
| 5448 | | B16875 | Richard J Bartlett Jr. Enterprises, Bartlett, Richard |
| 5449 | | B33543 | Hernandez, Arnold |
| 5450 | | B20372 | Hamond, Jakob |
| 5451 | | B3947 | Matteson, James |
| 5452 | | B22142 | Scalzitti, Joel |

5/27/2025
10:37:52

Case 25-00693-JBM7    Filed 06/10/25    Entered 06/10/25 13:19:04    Doc 41    Pg. 20 of 22    Page: 14

Fischer Auction
All Bidders

v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5453 | | B33544 | Fuzcuz Corp, Saleh, Fawzan |
| 5454 | | B19437 | Eghtesadi, Arash |
| 5456 | | B8702 | Caccamise Enterprises, Caccamise, Peter |
| 5457 | | B33545 | Wardak, Bastel |
| 5458 | | B27178 | Douri, Fadi |
| 5459 | | B33546 | Powers, Vikktoria |
| 5460 | | B33547 | Aguilar, Michael |
| 5461 | | B30239 | Hall, Glenn |
| 5462 | | B26102 | The Vacuum Specialists, Rosales, Oscar |
| 5463 | | B8133 | Yetz, Dave |
| 5464 | | B26726 | Montes, Alexis |
| 5465 | | B33548 | Nguyen, Jason |
| 5466 | | B20625 | Hearn, Derek |
| 5467 | | B29223 | Piro, Luke |
| 5468 | | B8267 | Orahood, Eric |
| 5469 | | B32842 | Murphy, Corrine |
| 5470 | | B30683 | Kvashny, Dalia |
| 5471 | | B11123 | 5909, Gardella, Steve |
| 5472 | | B13847 | Milosavljevic, Nikola |
| 5473 | | B33549 | Latham, David |
| 5474 | | B32757 | Chang, Winifreda |
| 5475 | | B28962 | Inis, Brandon |
| 5476 | | B12776 | McIntyre Tool & Machine, Inc., Mcintyre, Dustin |
| 5477 | | B32277 | Martinez, Ernesto |
| 5478 | | B15733 | Garza, Gregory |
| 5479 | | B30071 | Jaronski, Joanna |
| 5480 | | B14004 | Montagne, Herbert |
| 5481 | | B12299 | Malaman, Roberta |
| 5482 | | B33550 | Wong, Ambrose |
| 5483 | | B33349 | Mosello, David |
| 5484 | | B33551 | Gray, Lauren |
| 5485 | | B30675 | Alphonso, Joyce |
| 5486 | | B7057 | Wong, Sing Yiu |
| 5487 | | B17583 | Hill, Craig |
| 5488 | | B15924 | Vizcarra Enterprises, Vizcarra, Nathan |

5/27/2025
10:37:52

Case 25-00693-JBM7    Filed 06/10/25    Entered 06/10/25 13:19:04    Doc 41    Pg. 21 of 22

Fischer Auction
All Bidders

Page: 15
v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5489 | | B25513 | El Hafidoun, Nordine |
| 5490 | | B26135 | Jiricek, Scott |
| 5491 | | B33552 | Orren, Daniel |
| 5492 | | B26447 | Nashashibi, Shafiq |
| 5493 | | B22872 | Ventura, Juan |
| 5494 | | B21001 | Alradhi, Wael |
| 5495 | | B17801 | Islander Charters, Inc., Conniff, Juliet |
| 5496 | | B15592 | Coyne, Michael |
| 5497 | | B30123 | Richardson, Dennis |
| 5498 | | B32528 | Roa, Tara |
| 5499 | | B26009 | Budvarson, Brett |
| 5500 | | B2231 | Lucero Enterprises, Lucero, Ronald |
| 5501 | | B23563 | Mus, Nihari |
| 5502 | | B31662 | Freeman, Wesley |
| 5503 | | B20916 | Hutchinson, Marta |
| 5504 | | B8843 | Dafaallah, Zack |
| 5505 | | B31529 | Stills, Amanda |
| 5506 | | B33553 | Dejesus, Irisel |
| 5507 | | B20392 | Shuwee LLC, Smith, Judi |
| 5508 | | B31636 | Pacheco, Thomas |
| 5509 | | B24033 | Locke, Cy |
| 5510 | | B8828 | Sandness, David |
| 5511 | | B18516 | Pacheco, Brian |
| 5512 | | B14588 | Story, Robert |
| 5513 | | B28496 | McLeod, David |
| 5514 | | B26133 | Mcgrath, Michael |
| 5515 | | B20169 | San Diego Treasure Hunters, Addison, Chelsea |
| 5516 | | B5000 | Martindill, Michael |
| 5517 | | B14804 | Karimi, Barzo |
| 5518 | | B13763 | Tree of Life Textile & Acc LLC, Dinli, Fatih |
| 5519 | | B33554 | Dominguez, Roberto |
| 5520 | | B32737 | Lavender, John |
| 5521 | | B23631 | Vance, William |
| 5522 | | B32305 | Montgomery, Timothy |
| 5523 | | B16640 | Taylor, Christopher |

Case 25-00693-JBM7    Filed 06/10/25    Entered 06/10/25 13:19:04    Doc 41    Pg. 22 of 22

**Fischer Auction**
All Bidders

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5524 | | B30663 | Cetrix technologies, Dando, Rami |
| 5525 | | B33555 | Rogers, Mike |
| 5526 | | B30181 | Rivera, Salvador |
| 5527 | | B26039 | Ramirez, Julia |
| 5528 | | B23280 | Coldiron, Gilbert |
| 5529 | | B33556 | Mcbride, Xavier |

REPORT TOTALS

  0  bidders with reserved bid card #'s

529  bidders

529  bidcard numbers