CSD 2024 [04/28/96]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Trustee (144615)
5656 La Jolla Blvd.,
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In re

FLASH ROOFING, INC.,

BANKRUPTCY NO. 25-00693-JBM7

Debtor(s).

**REPORT OF SALE**

Pursuant to Local Bankruptcy Rule 6004, the undersigned Trustee hereby reports and represents that:

1.    On   **August 7, 2025 (ECF No.  62)**   , due notice of the Trustee's intent to sell the property described herein was mailed to the debtor, the debtor's attorney and all creditors as required by Local Bankruptcy Rules 2002 and 6004.

2.    The time for filing a request for hearing has expired without an objection or request for hearing having been received by the undersigned.

3.    A description of the property sold, name of the purchaser(s), and the terms of sale are set forth in  Exhibit  A  printed on Page 2.

4.    If applicable, the following entities held a valid security interest in all or part of the property sold and were paid the stated sums in satisfaction thereof:

| Name and Address | Property | Amount Paid |
|---|---|---|
| | | |

5.    The purchase price has been paid in full and all property delivered to the purchaser.

I hereby declare under penalty of perjury that the within and attached statements are true to the best of my knowledge and belief.

DATED:   October 6, 2025

/s/ Leslie T. Gladstone
Trustee in Bankruptcy

CSD 2024 (Page 2) [04/28/96]

EXHIBIT "A"

FLASH ROOFING, INC. _____DEBTOR, CASE NO.__25-00693-JBM7__

**Type of Sale:**[1]

[    ]    Private Sale.  Describe methods used to obtain best possible price:[2]

| Description of Property Sold | Name and Address of Purchaser(s) | Sales Price per Item or Lot |
|---|---|---|

Offers or bids received but not accepted from the following entities:

Name                                                                          Value of Offer

[ x ]    Public Auction.  Auction conducted by __**Fischer Auction Co. Inc.**_____

Report of Auctioneer attached containing:[3]

List of the names of bidders and assigned bidding numbers, if any; and

-        Description of items sold, purchase price, and name or bidder number for purchaser for each item or lot sold; plus

-        A cover page containing a summation of the gross sales, and a statement of the commission and expenses applied for or retained by the auctioneer.

A statement that there was at the time of employment, and continued to be during the period of employment, a disinterested person as required under 11 U.S.C. §327, or, if so, the nature thereof.

Auction Remit Reviewed and Approved:

DATED: October 6, 2025                        Signed: /s/Leslie T. Gladstone _____,
                                                          Leslie T. Gladstone, Chapter 7 Trustee

---

INSTRUCTIONS

[1]Indicate method of sale, whether by sealed bids, negotiations or otherwise.

[2]Describe advertising, telephone or other forms of solicitation for offers, negotiations and any other methods used to consummate sale.

[3]Auctioneer's report is to be signed under penalty of perjury, to contain all of the information here set forth, and to be reviewed and approved by trustee.

CSD 2024

RECEIVED SEP 2 9 2025

# *Fischer Auction Co. Inc*

**(619) 590-2828**

*8711 N. Magnolia Ave Ste. 300 – Santee – CA 92071*       *Fax: (619) 590-0744*

September 24, 2025

Leslie Gladstone, Trustee
5656 La Jolla BLVD
La Jolla, CA 92037
858-454-9887

RE: Flash Roofing
BK#25-00693-JBM7

Dear Ms. Gladstone,

The following is the Financial Statement for the above referenced Auction, which we performed for you.

| | | |
|---|---|---|
| Gross Sales | | $5,250.00 |
| Less Commissions | | ($525.00) |
| | | |
| Less Expenses: | | |
| Advertising | ($250.00) | |
| Dump Fee | ($200.00) | |
| DMV Doc Prep | ($75.00) | |
| | | |
| Total Expenses | | ($525.00) |
| | | |
| Buyers Premium Charged | | |
| 13% Buyers Premium | $682.50 | |
| **GROSS CHECK ENCLOSED** | | **$4,200.00** |

Thank you for the opportunity to be of service to you.

Sincerely,

Fischer Auction Co. Inc.
Jeff Bloom

Leslie Gladstone, Trustee
5656 La Jolla BLVD
La Jolla, CA 92037
858-454-9887

Trustee in Bankruptcy

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In Re: Flash Roofing

BK# 25-00693 – JBM7

)
)
)
)
_____)

### REPORT OF AUCTIONEER

I, *Jeff Bloom*, declare as follows:

1.  I am the principal of Fischer Auction Company Inc. All the information contained herein is within my personal knowledge.

1.  On September 16, 2025, Fischer Auction Company Inc. conducted an auction of the estate's assets. A copy of the list of bidders and sales report is attached hereto as Exhibit "A" and herein incorporated by reference. Fischer Auction Company Inc. incurred $525.00 in expenses which included $250.00 for Advertising, $200.00 for Dump Fees, and $75.00 for DMV Doc Prep. We charged a commission totaling $525.00 and a 13% Buyer Premium totaling $682.50. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 24th day of September, 2025, Santee, California



Jeff Bloom, *Auctioneer*

**Consignor Settlement**

| CO #: | 8500 |
|---|---|
| Date: | 9/24/2025 |
| Page: | 1 |

**Consignor: B19836**
Leslie Gladstone
Chapter 7 Bankruptcy Trustee
5656 La Jolla Blvd
La Jolla, CA 92037
Phone:858-454-9887

Auction: September Combined Asset Auction

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|---|
| 38 | 2023 Sky Dump Trailer <strong>Year: </strong>2023 <strong>Make: </strong>SKY <strong>VIN: </strong>4S9BD1228PS412950 <strong>Axles:</strong> 2<br> <br> <span style="background-color:#ffccff">Fischer Auction charges a $250 documentation fee to process the registration for this vehicle. This fee does not include any back fees or registration fees that may be owed at the time of registration; such fees are the sole responsibility of the buyer. Alternatively, the buyer may choose to receive the title directly and handle the registration process on their own by demanding title.</span> | 1.00 | 5,250.00 | 5,250.00 | 0.00 |
| | | | | #5687 | Lansdown, Elizabeth |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| CO Expense - Advertising ( | 250.00) |
| CO Expense - Dump Fee ( | 200.00) |
| CO Expense - DMV doc prep ( | 75.00) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Total Quantity: | 1.00 |
| Total Invoice Sale Price: | 5,250.00 |
| Total Expenses: ( | 525.00) |
| Total Commission: ( | 525.00) |
| Total Due to Consignor: | 4,200.00 |
| Total Payments: | 0.00 |
| Balance: | $4,200.00 |

Positive Balance, Monies Owed to Consignor

No inventory remains for this consignment order

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 6 of 30

Page: 1
v8.01-CheckIn-1

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 972 | 9/9/2025 - 9/16/2025 | September Combined Asset Auction |

| Bid Card # | Customer Code | Name |
|---|---|---|
| 5000 | B34586 | Morrison, Tim |
| 5001 | B11629 | Stepanenko, Valeri |
| 5002 | B30398 | Margarito, Marco |
| 5003 | B33549 | Latham, David |
| 5004 | B27776 | Hollywood Appliance, Terkazarov, Michael |
| 5005 | B30290 | Ramirez, Juan |
| 5006 | B32447 | Kneipp, Julie |
| 5007 | B34794 | Petrea, Truda |
| 5008 | B34939 | Breland, Jason |
| 5009 | B26703 | Farias, Jose |
| 5010 | B7636 | Briseno, Agustin |
| 5011 | B34823 | Robbins, Teresa |
| 5012 | B34498 | de Jong, Alexandra |
| 5013 | B31607 | Khan, Shahbaz |
| 5014 | B34940 | Abad, Jose |
| 5015 | B19393 | Szempias, Chris |
| 5016 | B14549 | Godfrey, Ricardo |
| 5017 | B12923 | Mendyk, Michele |
| 5018 | B34941 | Gonzalez, Dan |
| 5019 | B28401 | Gorman, Kevin |
| 5020 | B29234 | Dzanku, John Paul |
| 5021 | B34942 | Hamadani, Kambiz |
| 5022 | B29071 | Del Valle, Herbert |
| 5023 | B21907 | Torres, Pablo |
| 5024 | B26047 | Drewry, Jay |
| 5025 | B32729 | Jouan, Brian |
| 5026 | B31426 | Pinto, Angel |
| 5027 | B12768 | Trubuy Direct, Cader, Buddy & Mary |
| 5028 | B17487 | Sparza, Sergio |
| 5029 | B11352 | Riego De Dios, Mariano |
| 5030 | B34767 | De Mars, Tony |
| 5031 | B17632 | Park, John |
| 5032 | B12864 | Bid On Industrial, Grajales, Angel |
| 5033 | B33413 | Difatta, Anthony |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Case 25-00693-JBM7   Filed 10/06/25   Entered 10/06/25 11:26:15   Doc 71   Pg. 7 of 30

Page: 2

v9.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5034 | | B34406 | Productora BV SA de CV  PBV181206HW7, Hinojosa, Marcelo |
| 5035 | | B17881 | Sergio Sandoval con., Sandoval, Sergio |
| 5036 | | B34943 | Ibarra, Sergio |
| 5037 | | B32634 | Maldonado, Braulio |
| 5038 | | B3623 | Perez, Anthony |
| 5039 | | B34944 | Gilkey, Steve |
| 5040 | | B34945 | Waga international inc, Kanzi, Ali |
| 5041 | | B29506 | Kimble, Jonathan |
| 5042 | | B34946 | Halabia, Ghassan |
| 5043 | | B34947 | Martin, Jarred |
| 5044 | | B13885 | Kamm, William |
| 5045 | | B21919 | Nguyen, Luong |
| 5046 | | B34948 | Wiebe, Delton |
| 5047 | | B8932 | Isbell Jr, George |
| 5048 | | B22761 | Arce, Juan |
| 5049 | | B34270 | Hancock, Lisa |
| 5050 | | B11048 | Grimaldos Pro Audio, Grimaldo, Pedro |
| 5051 | | B32220 | Palacios, Lilia I |
| 5052 | | B30354 | Gonzalez, Guillermo |
| 5053 | | B24874 | Martinez, Antonio |
| 5054 | | B21534 | Spankys III, Barrad, Brett |
| 5055 | | B34949 | Oz Enterprises, Glass, Wesley J |
| 5056 | | B34950 | Katz, Harris |
| 5057 | | B21490 | Williams, Herschel |
| 5058 | | B34951 | Romero, Carlos |
| 5059 | | B26555 | Lopez, Ricardo |
| 5060 | | B34952 | Riedt, Lutz |
| 5061 | | B34446 | Saldierna, Carlos |
| 5062 | | B32254 | Fox, Nancy |
| 5063 | | B31481 | Fe Export Llc, Tenas, Francisco |
| 5064 | | B32873 | Boikov, Anton |
| 5065 | | B34953 | Cadena, Jose |
| 5066 | | B25047 | Zavalza, Duval |
| 5067 | | B34954 | Mamone, Gustavo |
| 5068 | | B3207 | Martinez, Augustin |
| 5069 | | B34756 | Muscarella, James |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Page: 3

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 8 of 30

v9.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5070 | | B8888 | Lopez, Pete |
| 5071 | | B34748 | Garcia, Luis |
| 5072 | | B17200 | Tuchman, Leslie |
| 5073 | | B34955 | Hs diesel performance and repair, Ruiz, Jose |
| 5074 | | B34956 | Johnson, Kris |
| 5075 | | B34957 | Quirk, Edward |
| 5076 | | B34958 | Corroom, Christian |
| 5077 | | B34959 | Alexander, George |
| 5078 | | B34560 | Lopez, Jose |
| 5079 | | B26353 | Rezek, Claudia |
| 5080 | | B27951 | Leopard, Josh |
| 5081 | | B34960 | Vargas, Adrian |
| 5082 | | B16909 | Schricker, Joe |
| 5083 | | B32123 | Gordon, Adrian |
| 5084 | | B33299 | MrW Consulting, Quintero, Alejandro |
| 5085 | | B34961 | McClintock, Dylan |
| 5086 | | B25794 | Hill, David |
| 5087 | | B16629 | Cortez, Ivonne |
| 5088 | | B34962 | Hernandez, Michael |
| 5089 | | B15806 | Farrell, John |
| 5090 | | B34449 | Cummings, Ellen |
| 5091 | | B33545 | Wardak, Bastel |
| 5092 | | B29400 | Harris, Justyn |
| 5093 | | B22711 | Snyder, Todd |
| 5094 | | B34963 | Duarte Martinez, Carmen Ivette |
| 5095 | | B23030 | Bestway Auto & Truck Rental Sales & Leasing, Haddad, Raffi |
| 5096 | | B27069 | Nelson, Deena |
| 5097 | | B34450 | Buse, David |
| 5098 | | B30701 | Fuller, Carrie |
| 5099 | | B34964 | Cyte Security Inc, Trimble, Anthony |
| 5100 | | B27044 | Schulte, Skip |
| 5101 | | B20749 | Piche, Donald |
| 5102 | | B34811 | Brenis, Nina |
| 5103 | | B22041 | Torres, Juliet |
| 5104 | | B34803 | Baro rock, Ford, Lee |
| 5105 | | B34965 | Salter, Kris |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Page: 4

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 9 of 30

v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5106 | | B32445 | Castruita, Perla |
| 5107 | | B24922 | Sfelectric, Buttigieg, Anthony |
| 5108 | | B15404 | Bill's Crane Service, Inc., Davidson, Allen |
| 5109 | | B30704 | Aguilar Auto Sales, Macias, Rodolfo |
| 5110 | | B26326 | Campa, Katia |
| 5111 | | B32411 | Reserva, Alfred |
| 5112 | | B18458 | Yousif, Emad |
| 5113 | | B12517 | Brothers, David |
| 5114 | | B28949 | Cover, Genevieve |
| 5115 | | B15212 | Sariban, Andrey |
| 5116 | | B34966 | Dilawari, Sanil |
| 5117 | | B34936 | Rascon Maldonado, Hector L |
| 5118 | | B21251 | Bertinelli, Andrew |
| 5119 | | B34967 | Lake, John |
| 5120 | | B17406 | Jones, James |
| 5121 | | B33269 | Ramirez, Sergio |
| 5122 | | B13183 | Maclachlan, Alex |
| 5123 | | B34968 | Rodden, Justin |
| 5124 | | B34969 | Lockman, Suzanne |
| 5125 | | B30966 | Sage, Derek |
| 5126 | | B34434 | Hancock, Caroline |
| 5127 | | B27462 | Gomez, Christian |
| 5128 | | B21352 | Roe, Joseph |
| 5129 | | B11560 | Friends Legacy Auto, Igwe, Joe |
| 5130 | | B26308 | Viescas, Patricia |
| 5131 | | B6665 | Oderlin, Matthew |
| 5132 | | B32387 | Omar, Raul |
| 5133 | | B28950 | Wholesale Select, Tomei, Patrick |
| 5134 | | B32367 | Appetey, David |
| 5135 | | B34970 | Kimbrough, Beau |
| 5136 | | B20390 | Lomeli, Josuhe |
| 5137 | | B34971 | Cable, Travis |
| 5138 | | B19256 | Isaac, Sandy |
| 5139 | | B30988 | Seelinger, Gary |
| 5140 | | B21167 | Sanders, Dawn |
| 5141 | | B21886 | Velazquez, Claudia |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Page: 5

Case 25-00693-JBM7   Filed 10/06/25   Entered 10/06/25 11:26:15   Doc 71   Pg. 10 of
30

v8.0.1-CheckIn-1

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 5142 | B34251 | Yitiz, Adil |
| 5143 | B30662 | Deeb, Sam |
| 5144 | B18822 | Reilly, Reilly, Michael |
| 5145 | B21773 | Brookins, Ronald |
| 5146 | B34972 | Balcha, Eyasu |
| 5147 | B34973 | Langlois, Richard |
| 5148 | B31015 | Rodriguez, Noel |
| 5149 | B12371 | Saucedo, Jorge |
| 5150 | B25511 | Huang, Norman |
| 5151 | B22631 | Pont, Rodolfo |
| 5152 | B31644 | Vera, Juan |
| 5153 | B34974 | Levi, Ashley |
| 5154 | B34467 | Moussa, Mohammed |
| 5155 | B34487 | Juarez, Hector |
| 5156 | B30053 | Cullins, Sean |
| 5157 | B20976 | Higginbotham, Steven |
| 5158 | B32512 | Shaffer, Jarred |
| 5159 | B30608 | Keller, Robert |
| 5160 | B15762 | Van Liefde, Paul |
| 5161 | B34261 | Thiem, Gary |
| 5162 | B17993 | Oliver, Joseph |
| 5163 | B8387 | Mendelsohn Enterprises, Mendelsohn, Mark |
| 5164 | B27423 | Manufacturas en acero SA de C, Salas, Antonio |
| 5165 | B32757 | Chang, Winifreda |
| 5166 | B5070 | A&A Affordable Equipment Corp., Allen, Douglas |
| 5167 | B2207 | Wright, Samuel D |
| 5168 | B31245 | Begin, Randy |
| 5169 | B12062 | Trinity Truck and SUV LLC, Lemler, Bo |
| 5170 | B17311 | De Ryckere, Lindsey |
| 5171 | B32244 | Pacheco, Bill |
| 5172 | B32102 | Montes, Luis |
| 5173 | B28013 | Fodor, Richard |
| 5174 | B3384 | Moayedi, Michael |
| 5175 | B6875 | Lanzer, Kenneth |
| 5176 | B22973 | Collimore, William |
| 5177 | B25870 | Kevcon, Inc., Kutina, Kev |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Page: 6

Case 25-00693-JBM7   Filed 10/06/25   Entered 10/06/25 11:26:15   Doc 71   Pg. 11 of 30

v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5178 | | B11517 | Panek, Carrie |
| 5179 | | B16907 | Payne, Travis |
| 5180 | | B20344 | Hayes, Alan |
| 5181 | | B22225 | DeForest Farms, DeForest, Douglas |
| 5182 | | B32842 | Murphy, Corrine |
| 5183 | | B22781 | Valenzuela, Ofelia |
| 5184 | | B5560 | Dirtyolman, Neal, Tommie |
| 5185 | | B32507 | Mayagoitia, Eric |
| 5186 | | B9684 | Mcmanus, Eric |
| 5187 | | B8871 | Torres, Charlie |
| 5188 | | B34975 | Cali Kings Auto Group, |
| 5189 | | B6651 | Uebel, John |
| 5190 | | B28229 | Levin, Thomas |
| 5191 | | B22774 | Jesus Freak Consulting, Garrison, Kelly |
| 5192 | | B34561 | Lee, Albert |
| 5193 | | B12943 | Sawaya, Rizk |
| 5194 | | B10962 | Gagliardi, Christopher |
| 5195 | | B7780 | Montana Muscle and Classics, Wratislaw, Fred |
| 5196 | | B32115 | Universa Western Auto Exchange Inc, Husein, Syed |
| 5197 | | B19811 | Bor, Henry |
| 5198 | | B34789 | Hernandez, Eder |
| 5199 | | B22230 | Gould, Stephen |
| 5200 | | B29181 | Wellnitz, Andrew |
| 5201 | | B29105 | Salas Super Wheels, Salas, Erick |
| 5202 | | B34976 | Nedjar, Elizabeth |
| 5203 | | B11256 | Monroe, Mark |
| 5204 | | B13607 | Hannibal, Lafayette |
| 5205 | | B34760 | Rodriguez, Kendrick |
| 5206 | | B14034 | DeLost, Ernie |
| 5207 | | B21909 | Will, Gary |
| 5208 | | B8659 | Turner, Jamie |
| 5209 | | B23992 | Pro Auction Company, Vargas, Cesar |
| 5210 | | B22142 | Scalzitti, Joel |
| 5211 | | B31474 | Mares, Fernando |
| 5212 | | B11123 | 5909, Gardella, Steve |
| 5213 | | B34453 | Stewart, Dustin |

9/30/2025
13:40:42
Fischer Auction
All Bidders
Case 25-00693-JBM7   Filed 10/06/25   Entered 10/06/25 11:26:15   Doc 71   Pg. 12 of
30
Page: 7
v8.01-CheckIn-1

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 5214 | B28088 | Covarrubias, Nancy |
| 5215 | B20660 | Bonnardel, Jim |
| 5216 | B32708 | Merriman, Marianne |
| 5217 | B1205 | Wholesale Trucks and Equipment, Anderson, Richard |
| 5218 | B5562 | Williams, Katie |
| 5219 | B22797 | MTS Machinery and Trucking solutions LLC., Ritchie, Luis |
| 5220 | B21669 | National City Automaxx, Al-Jaber, Hassan |
| 5221 | B31397 | Rampoldi, Priscilla |
| 5222 | B33677 | Quiles, Rodolfo |
| 5223 | B33268 | Calderon Auto Wholesale, Silva, Karen |
| 5224 | B2547 | Drake, Richard |
| 5225 | B8423 | Graham, John |
| 5226 | B8788 | Domocos, Fanel |
| 5227 | B8601 | McPherson, Arrit |
| 5228 | B19153 | Okere, Uchenna |
| 5229 | B26133 | Mcgrath, Michael |
| 5230 | B10117 | Castanedo, Frank |
| 5231 | B24609 | Higgs, Nathaniel |
| 5232 | B29368 | Pappas, Ryan |
| 5233 | B26466 | Cardenas, Alejandro |
| 5234 | B28012 | Tim's Automotive Repair and Sales, Roozenboom, Tim |
| 5235 | B20351 | Dixon, Bart |
| 5236 | B31182 | Embree, Jordan |
| 5237 | B27154 | Mendoza, Jesus |
| 5238 | B12246 | Ayala, Arturo |
| 5239 | B34977 | Hajek, Nicholas |
| 5240 | B21510 | Ramos, Luis |
| 5241 | B25083 | Edwards, Bill |
| 5242 | B30554 | Calzada, Efrain |
| 5243 | B21521 | Hanns, Jeryan |
| 5244 | B26394 | Filippone, Giuseppe |
| 5245 | B34504 | Griffin, Ryan |
| 5246 | B32887 | Baggett, Michael |
| 5247 | B19043 | Hubbell, Kevin |
| 5248 | B31547 | The Papyrus Shop, Dressler, Jake |
| 5249 | B34978 | Denny, Michael |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 13 of
30

Page: 8
v8.0 1-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5250 | | B6549 | Pearson, Jim |
| 5251 | | B31974 | Ryan Fulton, Fulton, Patty |
| 5252 | | B19094 | Teikirisi, Gallego, Emiliano |
| 5253 | | B12860 | Babylon, Terzibachian, Mike |
| 5254 | | B34427 | Williams, Stephen |
| 5255 | | B33685 | Connors, Ronald |
| 5256 | | B31903 | The Urban Alley LLC Dba Ventura County Deal Zone, Craft, Michele |
| 5257 | | B28366 | Patel, Satishbhai |
| 5258 | | B34979 | Abell, Ryan |
| 5259 | | B30848 | Rogovic, Branko |
| 5260 | | B13997 | Wagner, William |
| 5261 | | B23250 | Reed, Stephanie |
| 5262 | | B34980 | Zakholy, Amal |
| 5263 | | B32883 | Taggart, Kayla |
| 5264 | | B2090 | Fruteria Brother, Pitones, Edgardo |
| 5265 | | B31631 | Tula, Richard |
| 5266 | | B32559 | Keller, Johnny |
| 5267 | | B32511 | Rodriguez de Pont, Martha |
| 5268 | | B17928 | Bednarski, Raschelle |
| 5269 | | B34981 | Anaya, Francisco |
| 5270 | | B29371 | Ellig, Christina |
| 5271 | | B32871 | Kashani, Mohamad |
| 5272 | | B34771 | Lashlee, Sara |
| 5273 | | B25992 | Taboada, Jose |
| 5274 | | B31196 | Mcclafferty, Liam |
| 5275 | | B17236 | Lee, Joshua |
| 5276 | | B11480 | Uribe, Alan |
| 5277 | | B31205 | Romo, Roberto |
| 5278 | | B30636 | Sostrin, Suzy |
| 5279 | | B30274 | Nguyen, Sandy |
| 5280 | | B24982 | Rocha Trucking, Lopez, Guillermo |
| 5281 | | B34367 | Rosas, Juan |
| 5282 | | B34982 | Serrano, Tim |
| 5283 | | B24716 | Landman, Russell |
| 5284 | | B34983 | Cabrera, Ivan |
| 5285 | | B13219 | Clark, Scott |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Page: 9

Case 25-00693-JBM7   Filed 10/06/25   Entered 10/06/25 11:26:15   Doc 71   Pg. 14 of 30

v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5286 | | B30661 | Lopez, Marcos |
| 5287 | | B26230 | SoCal MotoPlex LLC, Mattar, Dan |
| 5288 | | B34294 | Herrera, Juan |
| 5289 | | B14592 | Younghusband, Norman |
| 5290 | | B32680 | Aguilar, Rogelio |
| 5291 | | B22907 | Castle, Drew |
| 5292 | | B27173 | Hanna, Zuhair |
| 5293 | | B32508 | Hamann, Kyle |
| 5294 | | B34984 | Hicks, Tykira |
| 5295 | | B8259 | Fraley, TIm |
| 5296 | | B27134 | Skibinski, Thomas |
| 5297 | | B32670 | Schipa, Brian |
| 5298 | | B16218 | Krusheski, Vance |
| 5299 | | B30851 | Urrea, Mario |
| 5300 | | B26598 | Volts and Valves, Fader, Sloan |
| 5301 | | B7307 | Westside Auto Sales, Alcala, Jose |
| 5302 | | B11999 | Matthews, James |
| 5303 | | B26463 | Wolf, Katherine |
| 5304 | | B7822 | Galleno, Franciso |
| 5305 | | B14280 | Naah, Mark |
| 5306 | | B30220 | Maloney, Scott |
| 5307 | | B31460 | Solano, Danielle |
| 5308 | | B23563 | Mus, Nihari |
| 5309 | | B27518 | Herrera, Alejandro |
| 5310 | | B20817 | Personal, Juarez Aguilar, Rodolfo |
| 5311 | | B32870 | Mojica, Javier |
| 5312 | | B16640 | Taylor, Christopher |
| 5313 | | B8372 | Ware, Mark |
| 5314 | | B34985 | Hasbrouck, Eric |
| 5315 | | B6240 | Akin, Zvika |
| 5316 | | B13334 | Shanahan, Ryan |
| 5317 | | B26038 | Martinez, Michele |
| 5318 | | B32644 | de Faria, Wellyston |
| 5319 | | B28793 | Alayyoub, Ashraf |
| 5320 | | B32876 | Burkett, Tina |
| 5321 | | B18060 | Napolitano, Christopher |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Page: 10

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 15 of 30

v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5322 | | B29373 | Allen, Bill |
| 5323 | | B34986 | Janc, Kevin |
| 5324 | | B29555 | Cox, Curtis |
| 5325 | | B34987 | Palmer, Bradley |
| 5326 | | B33499 | Torres, Gustavo |
| 5327 | | B11087 | Kufa, Kelly |
| 5328 | | B9170 | Norris, Tony |
| 5329 | | B10882 | Maldonado, Ishmael |
| 5330 | | B10095 | Byrne Equipment, Byrne, John |
| 5331 | | B31399 | Swift, Wayne |
| 5332 | | B27102 | Logan, Denni |
| 5333 | | B34988 | Poppert, Stephanie |
| 5334 | | B30863 | Myers, Robert |
| 5335 | | B23369 | Briggs, Philip |
| 5336 | | B34454 | Pistelak, Nick |
| 5337 | | B33671 | Ornelas, Andres |
| 5338 | | B21451 | Rosengren, Andrew |
| 5339 | | B19310 | Vasquez, Maria |
| 5340 | | B32509 | De Santiago Carrillo, Fernando |
| 5341 | | B31654 | Clark, Jared |
| 5342 | | B30792 | Martinez, Armando |
| 5343 | | B34989 | Elbeialy, Alaa |
| 5344 | | B33607 | Paraclete, Davis, Tom |
| 5345 | | B24526 | Sg And Sons, Gonzalez, Sergio |
| 5346 | | B32108 | Tefft, Paul |
| 5347 | | B9579 | Dawisha, Amer |
| 5348 | | B34990 | Tassell, Charles |
| 5349 | | B27487 | Rodriguez, Guillermo |
| 5350 | | B34991 | Aguilar, Nick |
| 5351 | | B10655 | Noel, LeDerrick |
| 5352 | | B32840 | San Diego Auto Factory, Lavenant, Oscar |
| 5353 | | B27231 | Amavia Automotive, Gonzalez-Mederos, Fernando |
| 5354 | | B26375 | Sparks, Sabrina |
| 5355 | | B34992 | Djoman, Yapi |
| 5356 | | B28483 | Mackenzie, Victor |
| 5357 | | B34993 | Malicoat, Michael |

9/30/2025
13:40:42

Fischer Auction
All Bidders

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 16 of 30

Page: 11
v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5358 | | B30679 | Piche, Anna |
| 5359 | | B29056 | Bender, Tyler |
| 5360 | | B34994 | Apolinar Rodriguez, Raul Oswaldo |
| 5361 | | B26537 | Zank, Scott |
| 5362 | | B7961 | Anderson, James |
| 5363 | | B27106 | Clark, Stuart |
| 5364 | | B27480 | Oliver, Valerie |
| 5365 | | B34776 | Orelli, Brian |
| 5366 | | B30078 | Odom, James |
| 5367 | | B9471 | Goodlander, Jason |
| 5368 | | B34995 | Lupo, Peter |
| 5369 | | B7824 | Ditore, Dick |
| 5370 | | B7076 | Churchill, Sean |
| 5371 | | B34759 | Jimenez, Samuel |
| 5372 | | B11510 | Trejo, Sergio |
| 5373 | | B31845 | Fay, Gerry |
| 5374 | | B26194 | Velazquez, Israel |
| 5375 | | B14957 | Wilke, Thomas |
| 5376 | | B24744 | Topline RV/Marine, Clarke, Jason |
| 5377 | | B34462 | Arnold, Mary |
| 5378 | | B26548 | Nguyen, Patrick |
| 5379 | | B24565 | Gorman, Narelle |
| 5380 | | B23275 | Dexheimer, Ted |
| 5381 | | B21074 | Geron, Eduviges |
| 5382 | | B1354 | Vendo, Canas, Pedro |
| 5383 | | B20488 | Realmuto, Realmuto, Peter |
| 5384 | | B13554 | Watts, Jonathan |
| 5385 | | B31456 | Foo, Jason |
| 5386 | | B34996 | Winston Oak ltd., Kaen, James |
| 5387 | | B9976 | Elizondo, Richard |
| 5388 | | B11024 | Love, create & help, Deoja, Deep |
| 5389 | | B31551 | Quintana, Omar |
| 5390 | | B31562 | Delletorri Mills, Elle |
| 5391 | | B34997 | White, Daniel |
| 5392 | | B22194 | Philhower, Ronnie |
| 5393 | | B19274 | Higginson, Robert |

9/30/2025
13:40:42
**Fischer Auction**
All Bidders
Case 25-00693-JBM7   Filed 10/06/25   Entered 10/06/25 11:26:15   Doc 71   Pg. 17 of 30
Page: 12
v8.01-CheckIn-1

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 5394 | B3202 | Prescott, Robert |
| 5395 | B26433 | Hernandez, Martin |
| 5396 | B30687 | De Santiago, Arturo |
| 5397 | B16610 | R P Motors, Paripovich, D. R. |
| 5398 | B27236 | Moses, Andre |
| 5399 | B11575 | Mejia, Francisco |
| 5400 | B29384 | Lemmond, Patricia |
| 5401 | B7582 | Templar, Kullberg, Daniel |
| 5402 | B14822 | Leader Auto Sales, Gonzalez, Jose |
| 5403 | B34998 | Martinez, Carlos |
| 5404 | B18835 | Rowe, Chris |
| 5405 | B18497 | Maida, Eivan |
| 5406 | B13704 | Murillo, Santiago |
| 5407 | B16607 | Sherman, Dan |
| 5408 | B34999 | Camacho, Albert |
| 5409 | B1122 | Attic Treasure, Donathan, David |
| 5410 | B26312 | Leeper, Darko |
| 5411 | B20675 | Podilla, Alfredo |
| 5412 | B35000 | Kailani, Nizar |
| 5413 | B35001 | Yates, Jeff |
| 5414 | B10563 | Grice, Jon |
| 5415 | B35002 | Numa, Joshua |
| 5416 | B3535 | Young, Shane |
| 5417 | B3793 | Logan, Thomas |
| 5418 | B10731 | Castanho, Joseph |
| 5419 | B27763 | De Los Santos Transport Ing, De Los Santos, Rene |
| 5420 | B30310 | Hart, Shannon |
| 5421 | B25505 | San Diego appliance warehouse, Aramouni, Eli |
| 5422 | B34435 | Medina, Oscar |
| 5423 | B35003 | Hotaling, Michelle |
| 5424 | B4586 | Perez, Alberto |
| 5425 | B33484 | Towers, Donald |
| 5426 | B35004 | Nooripoor, Bijan |
| 5427 | B17184 | Bailey, Bruce |
| 5428 | B15904 | Trevino, Jorge |
| 5429 | B4498 | Pennies 4 the dollar, El Amin, Youssef |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 18 of
30

Page: 13
v8.0.1-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5430 | | B35005 | Potter, Christena |
| 5431 | | B11879 | Fortin, Donna |
| 5432 | | B27162 | Gerard, Luc |
| 5433 | | B33511 | Puente, Jorge |
| 5434 | | B35006 | Bowen, Leslie |
| 5435 | | B35007 | Lam, Anh |
| 5436 | | B8383 | Hippert, Dave |
| 5437 | | B23805 | Lalli, John |
| 5438 | | B35008 | VintageCruisers.com, Mushro, Gregory |
| 5439 | | B35009 | Vasquez, Ramon |
| 5440 | | B19775 | Mcmillan, Don |
| 5441 | | B20755 | Waltari, Mikko |
| 5442 | | B19783 | Villarino, Timothy |
| 5443 | | B22719 | Villa, Olga |
| 5444 | | B3821 | Ssautomart, Messali, Napoleon M |
| 5445 | | B16050 | Sam, Mauricio |
| 5446 | | B19627 | Brown, Terry |
| 5447 | | B35010 | Graddys Equipment Sales Inc, Graddy, Mike |
| 5448 | | B32458 | Santiago, Alejandro |
| 5449 | | B6081 | Andersen Windows, Andersen, Karl |
| 5450 | | B35011 | Jansen, Keil |
| 5451 | | B31056 | Blasquez, Mark |
| 5452 | | B23285 | Clegg, Mike |
| 5453 | | B35012 | Avila, Amerys |
| 5454 | | B30667 | Cassinelli, Chris |
| 5455 | | B5000 | Martindill, Michael |
| 5456 | | B31272 | Stover, Fred |
| 5457 | | B23634 | PGB Media & Sales, Inc., Fleming, Steven |
| 5458 | | B18568 | Ayala, Erick |
| 5459 | | B32084 | Rich, Matthew |
| 5460 | | B23198 | Santos, Carlos |
| 5461 | | B35013 | Reddington, James |
| 5462 | | B35014 | Gonzalez, Heidi |
| 5463 | | B28092 | Castaneda, Ignacio |
| 5464 | | B31230 | Ortega, Ricardo |
| 5465 | | B32466 | Ferreira, Brooklyn |

9/30/2025
13:40:42

Fischer Auction
All Bidders

Page: 14

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 19 of
30

v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5466 | | B35015 | Jones, Aaron |
| 5467 | | B28386 | Martinez, Jose |
| 5468 | | B28297 | Kolosov, Denis |
| 5469 | | B7972 | Cynthia Rosas, Rosas, Cynthia |
| 5470 | | B3398 | Zavala, Luis |
| 5471 | | B18616 | Avergun, Mike |
| 5472 | | B35016 | Perretta, Lissi |
| 5473 | | B1441 | Hfcjrsd, Cobian, Hector |
| 5474 | | B26245 | Diamond Estates Llc, Randhawa, Daljit |
| 5475 | | B35017 | Hogan, D |
| 5476 | | B32724 | Maki, David |
| 5477 | | B32938 | Helton, Kim |
| 5478 | | B25377 | Durante, Alicia |
| 5479 | | B22058 | Barrett, Kevin |
| 5480 | | B30205 | Papa, Marshelle |
| 5481 | | B24547 | Lyman, Michael |
| 5482 | | B29166 | Panesar, Sydney |
| 5483 | | B10492 | Ludwick, Charles |
| 5484 | | B34334 | Adams, Edward |
| 5485 | | B28287 | Uhler, Ellen |
| 5486 | | B35018 | Devine, Tom |
| 5487 | | B34471 | Beyond Nutraceutical Inc, Li, Joseph |
| 5488 | | B35019 | Martinez, Norma |
| 5489 | | B1087 | Manhattan Deli, Mango, Robert |
| 5490 | | B31037 | Gasman, Tom |
| 5491 | | B19261 | North, Tom |
| 5492 | | B31308 | Dagenais, Brian |
| 5493 | | B12059 | Murillo, Manuel |
| 5494 | | B20350 | Baldwin, Dan |
| 5495 | | B22750 | Estevez, Omar |
| 5496 | | B13114 | Stemwell, William |
| 5497 | | B35020 | Trunnell, Brig |
| 5498 | | B22473 | Flores, Javier |
| 5499 | | B19384 | Hoover, Rachel |
| 5500 | | B15754 | Molina, Manuel. A |
| 5501 | | B21181 | Mbale, Dekunda |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Page: 15

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 20 of 30

v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5502 | | B20137 | Nelson, Ronald |
| 5503 | | B31035 | Tanvilai, Aittidej |
| 5504 | | B15001 | Whitney, Marissa |
| 5505 | | B8273 | VPK Enterprises, Burner, Ron |
| 5506 | | B23028 | Edwards, Peyton |
| 5507 | | B5281 | Brandon, Michael |
| 5508 | | B12130 | Giuseppe Enterprises Inc., Di Giovanni, Giuseppe |
| 5509 | | B10406 | O'Neal, Gene |
| 5510 | | B7977 | Goodman, Jeffery |
| 5511 | | B16663 | Ramo, Wafaa |
| 5512 | | B18992 | Kessler, Roderick |
| 5513 | | B35021 | Desrosiers, David |
| 5514 | | B35022 | 05, Shojaei, Masoud |
| 5515 | | B14795 | ELA Lighting Co. Inc, Jones, Scott |
| 5516 | | B15112 | Cd, Holsinger, William |
| 5517 | | B24010 | Ekshtein, Uri |
| 5518 | | B31328 | Lara, Tirso |
| 5519 | | B15302 | Steele, Sean |
| 5520 | | B28088 | Covarrubias, Nancy |
| 5521 | | B30663 | Cetrix technologies, Dando, Rami |
| 5522 | | B35023 | Chamorro, Franklyn |
| 5523 | | B35024 | Mah, Joni |
| 5524 | | B35025 | Angel Luna, Luna, Angel |
| 5525 | | B32906 | Morton, Michael |
| 5526 | | B25797 | Broder, Michael |
| 5527 | | B35026 | Mora, Edgar |
| 5528 | | B35027 | Campen, Christopher |
| 5529 | | B34825 | Luansing, Maria Cristina |
| 5530 | | B30802 | Kessler, Karen |
| 5531 | | B20894 | Happy Plants, Gillie, James |
| 5532 | | B21762 | Craig, Howard |
| 5533 | | B15790 | Jouan, John |
| 5534 | | B22464 | Ball, Martin |
| 5535 | | B31645 | Trainor, David |
| 5536 | | B35028 | Robak, Steve |
| 5537 | | B32904 | Siller, David |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Page: 16

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 21 of
30

v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5538 | | B35029 | Nerman, Lewis |
| 5539 | | B18436 | Clark, Richard |
| 5540 | | B31659 | Aljaber, Zemn |
| 5541 | | B26493 | Dulawan, Shannon |
| 5542 | | B15670 | Beeson, R |
| 5543 | | B35030 | Cordova, Edward |
| 5544 | | B31533 | Gould, Ellen |
| 5545 | | B17892 | Bonita Electric, Pride, Larry |
| 5546 | | B35031 | Gillie, Gina |
| 5547 | | B8126 | KF Truck Sales, Funk, Kevin |
| 5548 | | B25517 | Li, Wei |
| 5549 | | B15926 | Blanquet, Mark |
| 5550 | | B32863 | Calderon Auto Wholesale, Calderon Camacho, Joaquin |
| 5551 | | B17324 | Valerio, Jose |
| 5552 | | B21080 | Fang, Ray |
| 5553 | | B1012 | Rakov, Nathan |
| 5554 | | B26546 | Browne, Nate |
| 5555 | | B35032 | Diesel Depot, Klassen, Marcus |
| 5556 | | B27728 | Lopez Leal, Adalberto |
| 5557 | | B2308 | Lanahan, Harry |
| 5558 | | B22877 | Ramirez, Jesus |
| 5559 | | B35033 | Caliagua, Inc., Bruner, Gus |
| 5560 | | B32847 | Cabral, Martin |
| 5561 | | B14228 | Hurley, Dave |
| 5562 | | B15035 | Pires, Ricky |
| 5563 | | B24424 | Dumas, Dustin |
| 5564 | | B12500 | eWake, Inc., Williams, David |
| 5565 | | B35034 | K&D Equipment, LLC, Johnson, Kris |
| 5566 | | B34474 | C.E. Wilson Corp., Wilson, Brian |
| 5567 | | B28648 | Lara, Victor Hugo |
| 5568 | | B28194 | Nielsen, Jack |
| 5569 | | B22190 | Reyes, Allana |
| 5570 | | B12776 | McIntyre Tool & Machine, Inc., Mcintyre, Dustin |
| 5571 | | B26090 | Glovbe Group Inc, Sapogov, Mikhail |
| 5572 | | B31227 | Hula Baby, Grable, Anna |
| 5573 | | B29271 | Robison, Richard |

9/30/2025
13:40:42
Fischer Auction
All Bidders
Page: 17
Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 22 of
30
v8.01-CheckIn-1

| Auction ID | Auction Dates | Auction Name |
| --- | --- | --- |
| 5574 | B35035 | Flores, Kayo |
| 5575 | B35036 | Indiana Traffic Operations LLC, Becker, Jonathan |
| 5576 | B27898 | Feng, Du |
| 5577 | B35037 | Robuffo, Anthony |
| 5578 | B35038 | Krisher, Robert |
| 5579 | B34281 | Braun, Ashley |
| 5580 | B15843 | Tovbin, Gene |
| 5581 | B7569 | Huerta, Luis |
| 5582 | B30675 | Alphonso, Joyce |
| 5583 | B31031 | Tann, Andre |
| 5584 | B28577 | Jones, Courtney |
| 5585 | B35039 | Perkins, Diana |
| 5586 | B26102 | The Vacuum Specialists, Rosales, Oscar |
| 5587 | B14002 | Norton, Joseph |
| 5588 | B30538 | Loewen, Ernesto |
| 5589 | B25853 | Herrera, Benjamin |
| 5590 | B27958 | Bennett, Mark |
| 5591 | B21842 | Novikov, Andrew |
| 5592 | B9167 | Palmer, John |
| 5593 | B15188 | Shaffer, Donna |
| 5594 | B10764 | Reid, Jim |
| 5595 | B23658 | Abudayyeh, Shadi |
| 5596 | B35040 | Glasgow, Daniel |
| 5597 | B27798 | Auna, Raymundo |
| 5598 | B4445 | LB3 Enterprises Inc., Brown, Larry |
| 5599 | B34500 | Malkonian, Hayik |
| 5600 | B30507 | Levesque, Derek |
| 5601 | B21374 | Williams, Jerry |
| 5602 | B30403 | Rojas, Maria |
| 5603 | B30673 | Gonzalez, Amalia |
| 5604 | B35041 | Shiraki, Franklin |
| 5605 | B20392 | Shuwee LLC, Smith, Judi |
| 5606 | B10623 | Becker, Beverly |
| 5607 | B29211 | Arafat, Mahmoud |
| 5608 | B12795 | Treasure Lord, Murphy, Scott |
| 5609 | B32735 | Brenis, Jonathan |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 23 of 30

Page: 18
v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5610 | | B18890 | Varnousfaderani, Ehsan |
| 5611 | | B30965 | DeMatos, Salatiel |
| 5612 | | B13439 | Performance Automation Solutios, Inc, Volf, Michael |
| 5613 | | B35042 | Rendon, Mowgli |
| 5614 | | B16833 | Value ranch, Demaria, Jonathan |
| 5615 | | B28269 | Taylor, Bryan |
| 5616 | | B31915 | Pride Rock Partners LLC, Akinwale, Tolu |
| 5617 | | B35043 | Platinum Auto Wholesale Inc, Bakhshi, Bahram |
| 5618 | | B15011 | Pelayo, Marcial |
| 5619 | | B17801 | Islander Charters, Inc., Conniff, Juliet |
| 5620 | | B20996 | Skehan, Anthony |
| 5621 | | B25248 | Mountain View Tractor LLC, Weaver, Glen |
| 5622 | | B29115 | Kraus, Joe |
| 5623 | | B30634 | Shaw, Michael |
| 5624 | | B13518 | Otay Electric Distribution Group, Alcantar, Ramon |
| 5625 | | B31939 | Thompson, Steven |
| 5626 | | B27726 | Allen, Larry |
| 5627 | | B24148 | Petersen, Ron |
| 5628 | | B34477 | Sellers, Patrick |
| 5629 | | B30998 | Antillon, Nicholas |
| 5630 | | B31197 | Robinson, Josh |
| 5631 | | B35044 | Fonseca, Sigifredo Garza |
| 5632 | | B34497 | Ramirez, Claudia |
| 5633 | | B35045 | Desai, Prateek |
| 5634 | | B35046 | Stanley, Alyssa |
| 5635 | | B27122 | Saucier, Mark |
| 5636 | | B30485 | Kiselev, Yuriy |
| 5637 | | B3843 | Savacool, Amy |
| 5638 | | B35047 | Saunders, Antonio |
| 5639 | | B15719 | Henry, Britney |
| 5640 | | B35048 | Andrades, Luis |
| 5641 | | B31254 | RPL Electric Inc., Locke, Tre |
| 5642 | | B11978 | Inkopah Truckstop LLC, Kirk, Scot |
| 5643 | | B14195 | Ojeda, Alexander |
| 5644 | | B11635 | Tolman, Michael |
| 5645 | | B21873 | Powells Office Furniture, Powell, Walter |

9/30/2025
13:40:42

Fischer Auction
All Bidders

Page: 19

Case 25-00693-JBM7   Filed 10/06/25   Entered 10/06/25 11:26:15   Doc 71   Pg. 24 of 30

v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5646 | | B16168 | El cheff Rest equip/ana espinosa, Espinosa, Ana |
| 5647 | | B16658 | Bustos, Marcos |
| 5648 | | B6173 | Watson, Charles |
| 5649 | | B32366 | Froehlich, Franz |
| 5650 | | B19228 | McAfee, Chris |
| 5651 | | B3890 | Schechter Surplus, Schechter, James |
| 5652 | | B34255 | Casey, Jeremiah |
| 5653 | | B35049 | Paz, Raul |
| 5654 | | B23318 | Gomez, Maurilio |
| 5655 | | B14285 | Bjorstrom, Thomas |
| 5656 | | B32854 | LaCour, Patricia |
| 5657 | | B32928 | Vesco, Jessica |
| 5658 | | B24747 | Darlinski, Jacek |
| 5659 | | B21713 | Darling, Leeann |
| 5660 | | B26342 | Warner, Joanne |
| 5661 | | B13030 | Rios Automotive Group, Shirey, Ken |
| 5662 | | B35050 | Resico, Reina |
| 5663 | | B25163 | Miller, Robert |
| 5664 | | B32277 | Martinez, Ernesto |
| 5665 | | B21337 | Tavarez, Hector |
| 5666 | | B26477 | Mayor, Omar |
| 5667 | | B30129 | Minish, Lauren |
| 5668 | | B8577 | Export King, Tayou, Andre |
| 5669 | | B5613 | CCQA Inc, Stone, Daniel |
| 5670 | | B17941 | Josefosky, John |
| 5671 | | B27616 | Gonzalez, Daniel |
| 5672 | | B35051 | Van Horn, Danielle |
| 5673 | | B12334 | Maasch, James |
| 5674 | | B35052 | Ordonez, Diojenez |
| 5675 | | B6942 | Phillips, Kyle |
| 5676 | | B14287 | Briggs, Lloyd |
| 5677 | | B8267 | Orahood, Eric |
| 5678 | | B34501 | Andres, Bethany |
| 5679 | | B19437 | Eghtesadi, Arash |
| 5680 | | B35053 | Az Rv Salvage LLC, Sexton, Dan |
| 5681 | | B12238 | Carrillo, Jacobo |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 25 of 30

Page: 20
v8.01-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5682 | | B35054 | Ibrahim, Kamil |
| 5683 | | B30237 | Wallin, Justin |
| 5684 | | B33637 | Property Disposal Service, Everett, Howard |
| 5685 | | B30767 | Alvizu Madrid, Jesus |
| 5686 | | B26559 | Castollo, Angel |
| 5687 | | B20265 | Lansdown, Elizabeth |
| 5688 | | B31025 | Nicka, Ayad |
| 5689 | | B32313 | Ibarra Quintana, Luis Fernando |
| 5690 | | B24648 | Majeed transport inc, Majeed, Saiwan |
| 5691 | | B35055 | Lopez, Gilberto |
| 5692 | | B35056 | Lewis, Stephen |
| 5693 | | B17583 | Hill, Craig |
| 5694 | | B23782 | Forsberg, Yvonne |
| 5695 | | B23887 | Ness, Robert |
| 5697 | | B30693 | Gunderson, Mark |
| 5698 | | B1090 | K-surplus Sales Inc, Kirsner, Kraig |
| 5699 | | B31523 | Clark Jr, John |
| 5700 | | B28444 | Fieri, Dale |
| 5701 | | B35057 | Williams, Bleau |
| 5702 | | B18830 | Favela, Jaime |
| 5703 | | B35058 | Silva, Joey |
| 5704 | | B13807 | Ortega, Rodrigo |
| 5705 | | B35059 | Abell, G Brandon |
| 5706 | | B33220 | Trejo, Juan |
| 5707 | | B35060 | Aholelei, Keanu |
| 5708 | | B32758 | Solares, Cristian |
| 5709 | | B35061 | Herrera, Josuah Gabriel |
| 5710 | | B16054 | Hernandez Murillo, Arturo |
| 5711 | | B35062 | Silvey, William |
| 5712 | | B32060 | Fokin, Ivan |
| 5713 | | B15616 | Reality Car and Truck Sales, Hogle, Scott |
| 5714 | | B32039 | Wallenrod, Victor |
| 5715 | | B13828 | Eventos Dj's, Herrera, Herodes |
| 5716 | | B12321 | Murphy, Eugene |
| 5717 | | B26321 | Haidari, Tareq |
| 5718 | | B22338 | Lopez, Flavio |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Case 25-00693-JBM7   Filed 10/06/25   Entered 10/06/25 11:26:15   Doc 71   Pg. 26 of
30

Page: 21
v8.01-CheckIn-1

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 5719 | B18744 | Rezasoltani, Mohsen |
| 5720 | B27792 | SM furniture refinishing, Maldonado, Sergio |
| 5721 | B25513 | El Hafidoun, Nordine |
| 5722 | B35063 | Ohio State Equipment, Miller, Jeff |
| 5723 | B31564 | Ebersole, Desiree |
| 5724 | B35064 | Jack, Darrell |
| 5725 | B35065 | Contreras Hernandez, Carlos Silverio |
| 5726 | B14155 | Serrano, Mark |
| 5727 | B28575 | Bolger, Robert |
| 5728 | B15267 | Laff, Joe |
| 5729 | B12112 | McDonald, Rob |
| 5730 | B35066 | Isom, Caryn |
| 5731 | B22216 | Redmond, John |
| 5732 | B3279 | Chris Baird, Baird, Chris |
| 5733 | B20372 | Hamond, Jakob |
| 5734 | B11376 | 4 less discounts LLC, Rodriguez, Gabriel |
| 5735 | B26250 | Serrano, Luis |
| 5736 | B14975 | Schweichler, Henry |
| 5737 | B18505 | Taylor, Toni |
| 5738 | B29463 | Chadwick, Blake |
| 5739 | B22517 | Simi, Marco |
| 5740 | B30361 | Cardinale, Derrek |
| 5741 | B14145 | Delalat, Sean |
| 5742 | B10601 | Pospisil, Bryan |
| 5743 | B23239 | Jensen, Melody |
| 5744 | B19450 | Krickhahn, Kevin |
| 5745 | B2928 | Macdonald, Ian |
| 5746 | B35067 | Ortega Mora, Roman Nazaret |
| 5747 | B29188 | Kalisuch, Kris |
| 5748 | B21963 | Abc Detailing, Rogers, Ben |
| 5749 | B20255 | Lauer, David |
| 5750 | B25095 | van Senus, Michael |
| 5751 | B27308 | Aguilar, Beth |
| 5752 | B35068 | Read, Eric |
| 5753 | B34516 | Schutte, Jordan |
| 5754 | B21250 | Pacini, Gary |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Page: 22
v8.01-CheckIn-1

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 27 of 30

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 5755 | | B29447 | Luzzi, Edward |
| 5756 | | B26474 | Arreola, Christian |
| 5757 | | 2 | K3M Corp, Kure, Randy |
| 5758 | | B23834 | Willat, Karen |
| 5759 | | B25379 | Daryaie, Kambiz |
| 5760 | | B29553 | Lauria, Blair |
| 5761 | | B23460 | Barney, Kevin |
| 5762 | | B31573 | Havin, Wyatt |
| 5763 | | B31975 | Herrin, Robert |
| 5764 | | B32721 | OBrien, Michael |
| 5765 | | B30219 | Coakley, Scott |
| 5766 | | B6950 | Pathman, James |
| 5767 | | B12542 | Hassler, Jeremy |
| 5768 | | B32289 | Maxwell, Jacari |
| 5769 | | B26009 | Budvarson, Brett |
| 5770 | | B30130 | Leyva, CLaudia |
| 5771 | | B16281 | Robinson Motorsports, Robinson, John |
| 5772 | | B13106 | Howell, Peter |
| 5773 | | B32662 | Kissling, James |
| 5774 | | B22784 | Lopez, Daniel |
| 5775 | | B34578 | Demery, Cory |
| 5776 | | B24904 | Minich, Kelly |
| 5777 | | B9177 | Nakamura, Kenichi |
| 5778 | | B25499 | Borelli, Joan |
| 5779 | | B17983 | Cenzer, Robert |
| 5780 | | B7057 | Wong, Sing Yiu |
| 5781 | | B30072 | Kill, Cormac |
| 5782 | | B26799 | Ramirez, Martin |
| 5783 | | B20651 | Lopez, Sandra |
| 5784 | | B26514 | Parris, Katrina |
| 5785 | | B35069 | Jackson, Shannon |
| 5786 | | B26287 | Crawford, Tyson |
| 5787 | | B3064 | Suzanne Reddell, Reddell, Mike |
| 5788 | | B34520 | Santos, Anderson |
| 5789 | | B20347 | Winter, Robert |
| 5790 | | B7797 | Eglin, Charles |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Page: 23

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 28 of
30

v8.01-CheckIn-1

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 5791 | B35070 | Angelo, Nicklas |
| 5792 | B21564 | Saunders, Lisa |
| 5793 | B32922 | Vinson, Scott |
| 5794 | B28421 | Morgan, Jason |
| 5795 | B32135 | Stanton, William |
| 5796 | B3842 | Olayan, Lex |
| 5797 | B20563 | Nixon, Kelly |
| 5798 | B14231 | Yhyia, Medhat |
| 5799 | B35071 | Asare, Nancy |
| 5800 | B35072 | Saunders, Lisa |
| 5801 | B17937 | Nixon, James |
| 5802 | B16449 | Trammell, Duane |
| 5803 | B32510 | LaFrantz, Justin |
| 5804 | B30556 | Pieper, Philip |
| 5805 | B34342 | Hernandez, Cesar Daniel |
| 5806 | B17703 | Lincoln, Jose |
| 5807 | B31662 | Freeman, Wesley |
| 5808 | B12308 | Taly, Michael |
| 5809 | B34325 | Dereind, Daniel |
| 5810 | B21001 | Alradhi, Wael |
| 5811 | B35073 | Frias, Carlos |
| 5812 | B27163 | Schwartz, Peter |
| 5813 | B17540 | Fulgham, Steve |
| 5814 | B20916 | Hutchinson, Marta |
| 5815 | B23752 | Schumacher, Peter |
| 5816 | B26720 | Seuferer, Austin |
| 5817 | B31529 | Stills, Amanda |
| 5818 | B23568 | Fulton, Michael |
| 5819 | B30270 | Nunez, Megan |
| 5820 | B33550 | Wong, Ambrose |
| 5821 | B22369 | Widay, Ann |
| 5822 | B32737 | Lavender, John |
| 5823 | B26726 | Montes, Alexis |
| 5824 | B29049 | Hodoyan, Laura |
| 5825 | B25813 | Hanna Brothers, Potrus, Rami |
| 5826 | B27144 | Martinez, Ivan |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Case 25-00693-JBM7   Filed 10/06/25   Entered 10/06/25 11:26:15   Doc 71   Pg. 29 of 30

Page: 24
v8.01-CheckIn-1

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 5827 | B33023 | Marinelli, Michael |
| 5828 | B12644 | Allen, Wayne |
| 5829 | B15915 | Nguyen, Henry |
| 5830 | B28775 | Walthall, Jamison |
| 5831 | B28557 | Cocita, Mike |
| 5832 | B25039 | Sophie's Closet, Ortiz, Julian |
| 5833 | B32752 | Havin, Wyatt |
| 5834 | B29253 | Lopez, Octavio |
| 5835 | B14004 | Montagne, Herbert |
| 5836 | B34490 | Sharp, Ashley |
| 5837 | B21767 | Hansen, David |
| 5838 | B8113 | Equipos Industriales, Diaz, Olegario |
| 5839 | B28072 | Koczwara, Tomek |
| 5840 | B5958 | Campbell, Kathy |
| 5841 | B31614 | Inurriaga, Judith |
| 5842 | B14588 | Story, Robert |
| 5843 | B14253 | Killion, Shawn |
| 5844 | B24413 | Cartmill, Briana |
| 5845 | B25535 | Ballow, Lauren |
| 5846 | B21293 | DLima, Austen |
| 5847 | B35074 | Von Borstel, Jorge |
| 5848 | B29123 | Murphy, Valerie |
| 5849 | B31565 | Iles, Brett |
| 5850 | B25138 | Perea, Nathan |
| 5851 | B30759 | Vega, Nestor |
| 5852 | B35075 | Estrella, Angel |
| 5853 | B2231 | Lucero Enterprises, Lucero, Ronald |
| 5854 | B23280 | Coldiron, Gilbert |
| 5855 | B28496 | McLeod, David |
| 5856 | B21862 | Sullivan, Jessica |
| 5857 | B33327 | Lizarraga, Jorge |
| 5858 | B14665 | Dj Djglenon, Glenon, Dj |
| 5859 | B26849 | Argo, Sandy |
| 5860 | B30477 | Jones, Donna |
| 5861 | B13230 | Castaneda, Roberto |
| 5862 | B26593 | Reuter, Jessica |

9/30/2025
13:40:42

**Fischer Auction**
All Bidders

Page: 25
V8.01-Checkin-1

Case 25-00693-JBM7    Filed 10/06/25    Entered 10/06/25 11:26:15    Doc 71    Pg. 30 of 30

| Auction ID | Auction Dates | Auction Name |
|---|---|---|

REPORT TOTALS

   0  bidders with reserved bid card #'s

861  bidders

862  bidcard numbers